CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Russel Frost et al.
Plaintiff(s)

vs.

Civil Action No. 1:17cv603

The Islamic Republic of Iran et al.
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __2__ day of __January__, __2018__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
The Islamic Republic of Iran

was [were] (select one):

- ☐ personally served with process on _____.

- ☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

- ☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

- ☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 28 U.S.C. § 1605A, 1608_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- ☑ no extension has been given and the time for filing has expired
- ☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Kevin A. Hoffman  /s/ KAH
Attorney for Plaintiff(s) [signature]

Singer Davis, LLC
1209A Laskin Road
Virginia Beach, VA 23451
(757) 301-9995
kevin.hoffman@singerdavis.law

1044559
Bar Id. Number

Name, Address and Telephone Number