**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RUSSELL FROST et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17cv603** |
| | ) | |
| **THE ISLAMIC REPUBLIC OF IRAN et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**MOTION FOR LEAVE TO AMEND**</u>

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for an Order amending the Complaint, ECF No. 1, to correct for the misnomer of one named plaintiff, to properly reflect the recent death of another through the substitution of the estate as a named party, and to reflect a legal name change for another party. In support thereof, Plaintiffs state as follows:

1.    Plaintiffs filed the Complaint in this case on April 4, 2017. ECF No. 1.

2.    One named plaintiff was identified as "A.G. a minor, by and through his parent and natural guardian, WAIEL EL-MAADAWY." ECF No. 1 at 1. Further, counsel alleged, upon information and belief, that A.G. was "the natural born child of Waiel." ECF No. 1 at ¶ 15.

3.    Another named plaintiff was identified as "RUSSELL FROST." ECF No. 1 at 1.

4.    Another named plaintiff was identified as "AMANDA DOSS." ECF No. 1 at 1.

5.    Another named plaintiff was identified as "BILQIS AIDARA." ECF No. 1 at 1.

6.    The Islamic Republic of Iran ("Iran") has been properly served and has failed to respond. *See* ECF No. 13.

7.    Default was entered against Iran on January 5, 2018. ECF No. 15.

## I.    Misnomer as to A.G.

8.    In fact, the named plaintiff originally identified as "A.G." is not the natural born child of Plaintiff Waiel El-Maadawy. Instead, A.G. is Mr. El-Maadawy's step-daughter, albeit still a proper plaintiff as the evidence will show that the two are the "functional equivalent of immediate family members." *See Davis v. Islamic Republic of Iran*, 882 F. Supp. 2d 7, 15 (D.D.C. 2012).

9.    Plaintiffs request leave to amend the Complaint to properly identify A.G. and to list her natural mother, Latasha Elmaadawy, as her parent and natural guardian.

## II.    Death of Russell Frost

10.    The named plaintiff originally identified as "RUSSELL FROST" passed away on November 30, 2017.

11.    Mr. Frost's wife, Plaintiff Tammie Frost, has been appointed to serve as the administrator of the Estate of Russell Frost.

12.    As a result of the death of Mr. Frost, the proper party to this suit is, and should be reflected as, "TAMMIE FROST, Personal Representative of the ESTATE OF RUSSELL FROST."

## III.    Legal Name Change of Amanda Doss

13.    The named plaintiff originally identified as "AMANDA DOSS" was formally adopted by Mr. Frost, prior to his death, on February 7, 2017. At that time, Ms. Doss changed her legal name to Amanda Frost.

14.    Plaintiffs therefore request leave to amend the Complaint to properly identify her as "AMANDA FROST."

### IV.     Misnomer as to BilQis Aidara

15.     "Aidara," the last name used in the original Complaint to identify the wife of Waiel, although commonly used by her, is this plaintiff's middle name rather than her last name, which is now known to be "Adjei."

16.     Plaintiffs therefore request leave to amend the Complaint to properly identify this plaintiff by her proper legal name, "BILQIS AIDARA ADJEI."

### V.     Conclusion

17.     Such misnomers, substitutions, and name changes can be properly corrected with the filing of an amended complaint.

18.     Defendants will not be prejudiced in any way if the Court gives Plaintiffs leave to make the above-referenced technical corrections.

19.     Plaintiffs' proposed First Amended Complaint is attached hereto as "Exhibit A."

20.     Aside from references to Plaintiffs' names and relationships, as indicated above, no other changes were made in the First Amended Complaint.

21.     Plaintiffs request that the Court enter the Proposed Order attached as "Exhibit B" and direct the Clerk to enter Exhibit A as Plaintiffs' First Amended Complaint.

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this, the 25th day of January 2018, copies of the foregoing were served on all registered parties via CM/ECF, concurrent with the filing of the same.

_____/s/ Kevin A. Hoffman_____
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*