**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TAMMIE FROST et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17cv603** |
| | ) | |
| **THE ISLAMIC REPUBLIC OF IRAN et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**STATUS REPORT**</u>

COMES NOW Plaintiffs, by counsel, to provide the following status report to the Court:

**I.   New Counsel**

Plaintiffs Brenda Mohamed, Lori Wendel, Megan Martin, and Drew Rowe have retained separate counsel from the remainder of Plaintiffs. New counsel, Luis Reyes and Christopher Peele of the Ashcroft Law Firm, will be sworn in to the bar of this Court on May 7, 2018 and intend to enter their appearance shortly thereafter. *See* ECF No. 20. At that time, the undersigned counsel will withdraw as to Ms. Mohamed, Ms. Wendel, Ms. Martin, and Mr. Rowe.

**II.   Status of Service on Muqtada al-Sadr**

Plaintiffs have not yet determined a feasible or effective means of obtaining service of process on Defendant al-Sadr. To the extent it becomes necessary in order to obtain a speedy resolution of the case as a whole, Plaintiffs are prepared to dismiss al-Sadr as a defendant.

**III.   Status of Service on Iran**

Plaintiffs received confirmation from the State Department that diplomatic service on Defendant, The Islamic Republic of Iran ("Iran"), was completed on October 24, 2017. ECF No. 13. The Clerk entered default against Iran on January 5, 2018. ECF No. 15.

## IV.    Next Steps

Plaintiffs, through both sets of counsel, are preparing Motions for Default Judgment against Iran and anticipate filing them shortly after Mr. Reyes and Mr. Peele formally enter the case. The motions will be accompanied by comprehensive memoranda, expert affidavits, and sworn factual declarations.

Once the Motions are filed, Plaintiffs and their counsel are prepared to comply with whatever procedure and schedule the Court may direct, including the submission of additional sworn written testimony, briefing of specific legal issues, or the presentation of certain evidence through an evidentiary hearing. If the Court should subsequently decide to enter judgment in favor of any of the Plaintiffs, counsel is hopeful that it can be accomplished in time for those individuals to apply for a January 2019 disbursement from the U.S. Victims of State Sponsored Terrorism Fund. The deadline for submission of those applications was recently announced as September 14, 2018, and it is required that diplomatic service of the judgment, pursuant to 28 U.S.C. § 1608(a)(4) be initiated (but not completed) at the time of submitting the application.

Should the Court require additional information or regular status updates moving forward, Plaintiffs will gladly oblige.

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on this, the 27th day of April 2018, copies of the foregoing were

served on all registered parties via CM/ECF, concurrent with the filing of the same.


_____/s/ Kevin A. Hoffman_____
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for Plaintiffs*