# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAMMIE FROST et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:17cv603 |
| | ) |
| **THE ISLAMIC REPUBLIC OF IRAN et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' JOINT MOTION FOR CONTINUANCE

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for a brief continuance of the status conference currently set for June 5, 2018 at 10:15 AM. On that date, counsel Randy Singer and Kevin Hoffman currently have a bench trial scheduled to take place in the Norfolk Division of the United States District Court for the Eastern District of Virginia.

If the Court is amenable, Plaintiffs' counsel has conferred with this Court's Courtroom Deputy and confirmed a mutually available date and time of June 14, 2018 at 2:00 PM.

Respectfully submitted,

| | |
|---|---|
| \_\_\_\_\_/s/ Kevin A. Hoffman_____ | \_\_\_\_/s/ Christopher Peele *with permission*\_\_ |
| Kevin A. Hoffman (DC Bar No. 1044559) | Luis Reyes (D.DC Bar No. TX0156) |
| Randy D. Singer *pro hac vice* | Christopher Peele (D.DC Bar No. TX0155) |
| SINGER DAVIS, LLC | ASHCROFT LAW FIRM |
| 1209A Laskin Road | 919 Congress Avenue, Suite 1100 |
| Virginia Beach, VA 23451 | Austin, TX 78701 |
| Phone: (757) 301-9995 | Phone: 512-370-1800 |
| Fax: (757) 233-1084 | Email: lreyes@ashcroftlawfirm.com |
| Email: kevin.hoffman@singerdavis.law | Email: cpeele@ashcroftlawfirm.com |
| Email: randy.singer@singerdavis.law | *Counsel for Brenda Mohamed, Lori Wendel,* |
| *Counsel for the Frost Family, the El-Maadawy Family, and Amr Mohamed* | *Megan Martin, and Drew Rowe* |

## Certificate of Service

I hereby certify that on this, the 10th day of May 2018, copies of the foregoing were served on all registered parties via CM/ECF, concurrent with the filing of the same.

       /s/ Kevin A. Hoffman
Kevin A. Hoffman (DC Bar No. 1044559)
Randy D. Singer *pro hac vice*
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerdavis.law
Email: randy.singer@singerdavis.law
*Counsel for the Frost Family, the El-Maadawy Family, and Amr Mohamed*