IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
RUSSEL FROST, et al.,                  CV No. 1:17-cv-00603-TJK

            Plaintiffs,
                                       Washington, DC
v.                                     Tuesday, February 12, 2019
                                       9:30 a.m.


    ISLAMIC REPUBLIC OF IRAN, et al.,

            Defendants.
- - - - - - - - - - - - - - - - x
_____
                    EXCERPT OF EVIDENTIARY HEARING
            HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                    UNITED STATES DISTRICT JUDGE
_____

    APPEARANCES:

    For the Plaintiffs:        Randy D. Singer, Esq.
                               Kevin A. Hoffman, Esq.
                               SINGER DAVIS, LLC
                               1209A Laskin Road
                               Virginia Beach, VA 23451
                               (757) 301-9995

                               Christopher Peele, Esq.
                               ASHCROFT LAW FIRM
                               919 Congress Avenue
                               Suite 1100
                               Austin, TX 78701
                               (512) 370-1800

    Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                               Official Court Reporter
                               U.S. Courthouse, Room 6722
                               333 Constitution Avenue, NW
                               Washington, DC 20001
                               (202) 354-3111



    Proceedings recorded by machine shorthand; transcript
    produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

WAIEL EL-MAADAWY:   Direct Examination by Mr. Singer.....3

* * * * * * * * * * * *

# E X H I B I T S

**NUMBER:**                                         **PAGE ADMITTED:**

54                                                   54
55                                                   55

1 **P R O C E E D I N G S**

2 * * * * * * * * * * * *

3 THE COURT:  Okay.  So you can call your next

4 witness.

5 MR. SINGER:  Thank you, Your Honor.  Plaintiff

6 calls Waiel El-Maadawy to the stand.

7 **WAIEL EL-MAADAWY, WITNESS FOR THE PLAINTIFF, SWORN**

8 THE COURT:  Welcome, sir.

9 THE WITNESS:  Thank you.  How are you doing, Your

10 Honor?

11 THE COURT:  You -- I'm doing well.

12 You may begin.

13 MR. SINGER:  Thank you.

14 DIRECT EXAMINATION

15 BY MR. SINGER:

16 Q.  Good afternoon, Mr. El-Maadawy.

17 A.  Good afternoon, sir.

18 Q.  Please state your name and the place where you now live

19 for the record.

20 A.  Waiel Nagy El-Maadawy.  I'm currently living in Lagos,

21 Nigeria.

22 Q.  Are you married, sir?

23 A.  I am.

24 Q.  And what is your wife's name?

25 A.  BilQis Aidara Adjei.

```
1    Q.  And can you spell that, please, for the court reporter.

2    A.  B-I-L-Q-I-S; last name is A-I-D-A-R-A.

3    Q.  And what are you and your wife presently doing?

4    A.  My wife's a diplomat.  She works for the State

5    Department as a foreign service officer.

6    Q.  And what are you doing, sir --

7    A.  I'm a housewife.

8    Q.  Have you been married before your marriage to BilQis?

9    A.  Yes, sir.

10   Q.  And when was the first time you were married?

11   A.  2000.

12   Q.  Does May 15th, 2000, sound -- does that --

13   A.  Yes, sir.

14   Q.  -- ring a bell?

15           All right.  And what was your first wife's name?

16   A.  Latasha El-Maadawy.

17   Q.  And did you have children with Latasha?

18   A.  I did.

19   Q.  How many children did you have?

20   A.  I have two boys that are biologically mine, and I have a

21   daughter that is not.

22   Q.  All right.  Let's start with the two boys who are

23   biologically yours.  What are their names and what are their

24   ages?

25   A.  Malik El-Maadawy is 16.  Gabriel El-Maadawy is 15.
```

```
1   Q.  All right.  And you said you also have a daughter,
2   although she's not biologically yours?
3   A.  Yes, sir.  I raised her since she was two months old.
4   Q.  And what is her name?
5   A.  Alexis Nicole Grant.
6   Q.  And how old is she now, sir?
7   A.  Eighteen.
8   Q.  Any other children from the first marriage?
9   A.  No, sir.
10  Q.  And did you have a second marriage?
11  A.  I do.
12  Q.  And who -- what is the name of your wife from the second
13  marriage?
14  A.  BilQis Aidara.
15  Q.  And were there any children with her?
16  A.  Not yet.
17  Q.  All right.  Now, you mentioned that the children from
18  your first marriage -- the three children from your first
19  marriage, where do they live?
20  A.  They live with their mother in Tamarac, Florida.
21  Q.  Do you get a chance to see them from time to time?
22  A.  I do.
23  Q.  And do you also interact with them on almost a daily
24  basis?
25  A.  I do.
```

```
1    Q.  And tell the Court a little bit about what you do as far

2    as that interaction takes place and what happens when you

3    get to see them.

4    A.  Well, when I'm not home, I try to communicate with them

5    through, of course, different social media sites, FaceTime,

6    Skype, things like that, text messages.  I'll call them

7    regularly, too, when they're not in school.  When I'm

8    physically with them, of course, we try to spend quality

9    family time together.

10   Q.  Okay.  Are you making child support payments to them?

11   A.  Absolutely.

12   Q.  And what -- how would you describe your relationship

13   with them?  Is it tight?

14   A.  Yes.

15   Q.  And tell the Court just a little bit about Malik and

16   Gabriel, and then I'll ask about Alexis.

17   A.  I'm sorry.  In reference to --

18   Q.  Yeah.  Just, like, what kind of kids they are, what they

19   like and what that relationship is like with them.

20   A.  Well, they're great kids.  I'm not only saying that

21   because they're mine, but they, you know -- they're

22   teenagers.  They're at that time where things are getting a

23   little rough, but so long as I'm there and just, you know,

24   kind of, keeping tabs on them, they know that they're loved;

25   they know that they're cared for; and they know that I want
```

1   the best for them.  So my children are very, very close to

2   me.

3   Q.  And what about Alexis?  You said she's not biologically

4   yours.  Did you have an opportunity to adopt her?

5   A.  No, her biological father would not release custody.

6   Well, so -- but I mean, she -- like I said, I raised her.  I

7   did her hair; I changed her diapers; I bathed her.  I'm her

8   dad.  I'm her father.

9   Q.  But you did try to adopt her, but you --

10  A.  I did, but he wouldn't give up his rights to her, and I

11  don't blame him, but --

12  Q.  Do you have -- how old are you now, sir?

13  A.  Forty-four.

14  Q.  And where were you born?

15  A.  I was born in Cairo, Egypt.

16  Q.  How old were you when you moved to the United States?

17  A.  I was two years old.

18  Q.  After you moved to the United States, did you become a

19  citizen of the United States?

20  A.  Not immediately, sir.  I didn't receive my citizenship

21  until I was about 15.

22  Q.  All right.  And tell the Court just a little bit about

23  that process by which you became a U.S. citizen.

24  A.  I believe my parents applied for a naturalization for

25  me.  It was a pretty easy process as far as I know, because

1    when I had my interview, the investigator asked me one

2    question.  He just wanted to know what my grade was in

3    American history because, at that age, I had already taken

4    American history and, lucky for me, I had an A.  So --

5    Q.  And that was --

6    A.  -- very short.

7    Q.  -- the end of the quiz?  All right.

8            Were you also a citizen in 2016 when the Shiite

9    militia group took you and your friends captive?

10   A.  Yes, sir.

11   Q.  Now, I want to ask a little bit about your background,

12   Waiel.  First of all, what is your religion?

13   A.  I'm a Muslim.  Sunni.

14   Q.  All right.  And tell us a little bit about that faith,

15   being a Sunni Muslim.  What does that entail in your life?

16   A.  Well, typical.  Pray five times a day; don't eat pork; I

17   drink socially.  Not supposed to, but I pretty much stick to

18   the pillars.  It's pretty basic.  My father taught me the

19   actual religion, not some of the perverted religious things

20   that you're seeing extremist Muslims do now.  So we came

21   from a different world.

22   Q.  All right.  So you know, a lot of people in the U.S.,

23   they hear Sunni Muslim, maybe, they think al-Qaeda; maybe,

24   they think ISIS.  What is your view of those groups and the

25   way that they practice the faith?

1    A.  Well, I mean, it definitely puts concern in a lot of

2    people, because there are people that never have had any

3    interaction with people of that faith and all they see is

4    what they've been seeing on TV which is -- in all honestly,

5    it's pretty terrifying, considering the majority of

6    terrorist organizations are Muslim-based, whether they're

7    Shia or Sunni.

8    Q.  Now, sir, where did you go to college?

9    A.  Initially, or where did I end up graduating from?

10   Q.  Well, let's start with the schools you didn't graduate

11   from first, and then we'll get to the one you graduated

12   from.

13   A.  I went to community college in Jacksonville, Florida.  I

14   also went to Kentucky State on a wrestling scholarship that

15   I, kind of, threw away.  I was immature.  I went to Brooklyn

16   university for a spell as well, then I joined the Army, but

17   I did graduate from Ashford University with a degree in

18   homeland security and emergency management.

19   Q.  All right.  Would you say you grew up a lot once you

20   joined the Army?

21   A.  I did.  The Army made me.

22   Q.  And were some of your college days -- I think you just

23   described them as immature.  Would you say you wasted some

24   opportunities during college?

25   A.  I absolutely did, sir.

1    Q.  But did you get serious with academics once you were

2    discharged from the Army and went back to school at -- was

3    it Ashford, did you say?

4    A.  Yes, sir.  Ashford University.

5    Q.  All right.  How did you do in that school?

6    A.  I graduated at the top of my class.  Summa cum laude.

7    3.99.

8    Q.  And what were your -- what did you get your degree in

9    from Ashford?

10   A.  Homeland security and emergency management.

11   Q.  All right.  Now, let me back up just for a second, then,

12   to 1994 when you joined the Army.  Why did you join the

13   Army?

14   A.  I was too scared to see my dad and tell him that I

15   dropped out of college.

16   Q.  And so you thought it's better to go join the Army than

17   tell your dad you dropped out of college?

18   A.  Absolutely.  It's 1950 Egypt in his house.

19   Q.  All right.  How long were you in the Army?

20   A.  I did a total of four years active duty and another four

21   years in the National Guard as a counterintelligence agent.

22   Q.  Tell the Court a little bit about the duties you had

23   during your four-year active duty stint and then your four

24   years in the National Guard.

25   A.  Well, I was infantry while I was active duty.  Pretty

1    much, we trained to fight; we prepared to fight.  I spent a

2    lot of time in the field, different environments, fighting,

3    desert warfare, in the jungle, woods, Arctic -- I did say

4    desert.  So it's just training for combat.

5    Q.  Did you have deployments during those four years?

6    A.  No, sir.  The weekends belonged to make a little

7    peacetime army.

8    Q.  All right.  And what about your duties in the reserves?

9    A.  In the reserves?  Again, it was all training as well,

10   counter-intel stuff.  I was a HUMINTer [ph], but I didn't

11   deploy with the National Guard either.

12   Q.  All right.  Once you were discharged, was it an

13   honorable discharge?

14   A.  Yes, sir.

15   Q.  And after your discharge, did you become a police

16   officer?

17   A.  I was actually a police officer when I left active duty.

18   Q.  All right.

19   A.  So the entire time I was in the National Guard, I was a

20   cop.

21   Q.  And where did you serve as a cop?

22   A.  I was down in Broward County Sheriff's Office.  I was a

23   deputy.

24   Q.  How long did you serve in that capacity?

25   A.  Just over six years.  Almost seven.

1   Q.  And what were the kinds of duties you had in the

2   sheriff's office in Broward County?

3   A.  Well, I was road patrol.  I moved from road patrol into

4   narcotics.  So pretty much, answer calls -- just regular

5   routine calls.  Some of them were not routine, but you dealt

6   with everything from petty theft to shootings, gang violence

7   to drugs and property crimes.

8   Q.  All right.  Does that take us up, then, through about

9   2004 or so?

10  A.  Yes, sir.

11  Q.  And in 2004, did you take your first job where you were

12  going to be working overseas?

13  A.  I did with a company called DynCorp.

14  Q.  What was it that you were going to do for DynCorp and

15  where were you going to be doing it?

16  A.  I was a -- with DynCorp, I was part of the IPLO Program

17  which is the international police officer.  I was put on a

18  special team for working with the SPC which is the Special

19  Police Commandos, and the concept was they developed a unit

20  that's very similar to the Italian Carabinieri where they

21  wanted police officers with the capability of being able to

22  fight as an infantry unit yet still have arrest powers and

23  be able to conduct an investigation, crime scene analysis

24  and things of that nature.

25  Q.  All right.  Now, you're going to need to slow down just

1    a little bit so the court reporter can get everything you're

2    saying down.

3    A.  Sorry.

4    Q.  I tend to talk fast, as well.

5         During this time that you were working for DynCorp

6    in 2004 in Baghdad, what was the environment like that you

7    were working in?

8    A.  We were in combat, sir.  The war was full-blown.

9    Q.  Were you -- now, were you training -- you mentioned the

10   Special Police Commandos.  Is that actually their term of

11   art?  Is that the name they gave these folks?

12   A.  Yes, sir.  Those guys -- the Special Police Commandos

13   were pulled into the Special Forces.

14   Q.  And were they Iraqi nationals?

15   A.  Yes, sir, they were.

16   Q.  Were you training them?

17   A.  Yes, sir.

18   Q.  And were you also going on missions with them?

19   A.  Yes, sir.  We conducted operations at night.

20   Q.  All right.  So tell me, like, in a typical week, what

21   would your schedule be like in terms of training and going

22   on missions?

23   A.  We would train about three to four days a week during

24   the day, and we would run missions depending on the OPTEMPO,

25   and the OPTEMPO really depending on the targeting.  At the

1    time, the Iraqis weren't running the targeting, and the

2    targeting is how we identified the people of interest, HVIs,

3    the people who we were looking for, pretty much.

4    Q.  All right.  So let's back up just for a second.  When

5    you're doing missions, you're taking into custody targets or

6    persons of interest; right?

7    A.  Yes, sir.

8    Q.  But how -- was there another part to what you did that

9    did the analysis and the intel part to identify who those

10   persons were?

11   A.  Well, we weren't doing it all at the time.  There was

12   another unit -- a military unit that was doing that work --

13   Q.  Okay.

14   A.  -- and we were married up with the Special Forces team

15   and the SF guys were assisting with the targeting, as were

16   some of the Iraqi units.

17   Q.  All right.  So your job, then, is once the targets were

18   identified, you would go out and capture them, bring them

19   into custody so they could be put on trial or interrogated

20   or whatever the end result was?

21   A.  Yes, sir.  Our job was, kind of, twofold.  Not only

22   would we go out on the missions with them to ensure that we

23   were able to hit the target properly, but also to assist

24   them and make sure that we're able to go back and make

25   modifications to our training to make sure that they're

 1    receiving the proper training and that they'd eventually be

 2    able to conduct these operations on their own without our

 3    assistance.

 4    Q.  Okay.  And you did that for how long, sir?

 5    A.  Just over a year.

 6    Q.  And that takes us up to about 2005 or so?

 7    A.  Yes, sir.

 8    Q.  What did you do after your work with DynCorp on the

 9    streets of Baghdad?

10    A.  I went back to the sheriff's office, spent some time

11    with my children.

12    Q.  And is that why you moved back to the United States, so

13    you could be with your kids?

14    A.  Yes, sir.

15    Q.  And how many years did you stay in that job?

16    A.  Almost two to three, I believe.

17    Q.  And were you able to spend a lot of time with your kids

18    during the off time during those two to three years back in

19    the States?

20    A.  Yes, sir, as much as I could.

21    Q.  Did you eventually want to get back overseas and go to

22    work again in Iraq?

23    A.  I did, sir.

24    Q.  Why did you want to do that?

25    A.  I missed it.  I also realized that the -- our forces

1    were missing capabilities and skill sets that we had and

2    that we possessed, and I didn't feel that there were enough

3    American Muslims or Americans of Arab descent that were

4    doing their part, and I wanted to make sure that I did mine.

5    Q.  All right.  So in order to fulfill this desire to, kind

6    of, do your part as an Arab American, where did you find a

7    place where you could plug in?

8    A.  Well, as a contractor supporting DOD and DOS contracts.

9    Q.  All right.  And who did you end up going to work for?

10   A.  I believe I got a -- I went back on a contract with

11   MPRI.

12   Q.  And did -- that same contract that you were under with

13   MPRI, was that contract eventually inherited by a company

14   called NEK?

15   A.  Yes, sir.

16   Q.  And did you continue to work under that contract with

17   MPRI and then NEK?

18   A.  Yes, sir.

19   Q.  And did your job responsibilities basically remain the

20   same?

21   A.  Yes, sir, they were.

22   Q.  All right.  And that was from about 2007 to about 2009?

23   A.  Yes, sir.

24   Q.  All right.  So I want to talk for a few minutes about

25   what you were doing in Baghdad under those two contracts.

1     Working in conjunction with the Department of Defense; is

2     that right?

3     A.  Yes, sir.

4     Q.  Between 2007 and 2009?

5     A.  Yes, sir.

6     Q.  Now, the first question is, was that, like, one

7     continuous time, or did you get to come back to the U.S. to

8     see your kids?

9     A.  Well, I mean, I'd take a vacation in between, two to

10    three weeks, but it wasn't a significant break in between,

11    no.

12    Q.  All right.  So other than that, you're working in

13    Baghdad for those three years?

14    A.  Yes, sir.

15    Q.  What was the milieu like then?  Was there a lot of

16    fighting?  What was happening in the streets of Baghdad

17    during those three years?

18    A.  Actually, the fighting had increased.  They were

19    changing their tactics.  They were using more and more

20    explosives to kill our soldiers.  They were creating IEDs

21    which are improvised explosive devices and EFPs which are

22    explosive --

23              MR. MOHAMED:  Formed --

24              THE WITNESS:  Yeah, explosive projectiles, and the

25    EFPs were the biggest killer.

1    BY MR. SINGER:

2    Q.  All right.  Now, what was your job, then, working for

3    NEK and MPRI during this time?

4    A.  I was a criminal investigator.

5    Q.  And day to day, what does a criminal investigator do

6    working for that defense contractor?

7    A.  Our job was basically to attack the network.  We wanted

8    to identify the networks that were working in Iraq that were

9    not only making the bombs but were also supplying the parts

10   and the facilitators, the financiers and the routes that

11   were -- that they were using to smuggle this stuff in,

12   because they weren't bringing the bombs in completed or the

13   explosive.  They were bringing it in piecemeal and they'd

14   put it all together.

15   Q.  Is it a fair analogy to characterize the work you were

16   doing as a detective working with the U.S. Department of

17   Defense trying to analyze and infiltrate the networks that

18   were planting EFPs and IEDs?

19   A.  That would be a fair assessment, sir.

20   Q.  All right.  So in that context, help the Court

21   understand what the day-to-day of that looks like.  I mean,

22   what would you, you know -- you'd dress up in the morning;

23   you'd go to work.  What do you do that particular day?

24   A.  We'd spend most of our time in the field.  So if there

25   was an explosive that went off or a vehicle that got

1    destroyed, usually that means there are Americans that were

2    killed or soldiers, whatever -- whether they were Marines or

3    airmen.  It didn't matter their service.  But we would go

4    out to the blast site and we'd conduct blast site analysis;

5    I would document the scene; I would collect evidence.

6             What made that very important was anyone that

7    creates an explosive device, there's a signature to that

8    device.  The signature isn't a thumbprint per se that says,

9    Hey, I made it, with their name on it like a painting;

10   however, the way that it was made; the colors of the wires;

11   the way the wires were wrapped; the way that the metal

12   devices were soldered; the type of explosive that was used;

13   the chemical composition of the homemade explosive; the

14   device -- the way that the device was set off, whether it

15   was used by a phone, a kitchen timer or an alarm clock,

16   these are all signatures of the expert or the master

17   bomb-maker.  So we started seeing similarities in that that

18   were spread all over not only Baghdad but other parts of the

19   country -- other cities, Mosul, Basra and so forth -- and my

20   job was to identify these people.

21   Q.  All right.  So did you literally sometimes lift

22   fingerprints from the components of the bomb, as well?

23   A.  I did, sir.  I'd collect fingerprints and DNA; I'd take

24   photographs; I'd bag and tag the evidence; and, of course, I

25   would document the scene and I'd create a sketch and all

1    that stuff would go back to the labs.  It was the -- they

2    called them the CEXC labs.  I apologize.  I don't remember

3    exactly what that stands for, but it's a lab that does the

4    analysis on the explosives and all the components that were

5    found.

6    Q.  All right.  Now, once you've bagged the evidence; you've

7    surveyed the scene; you've documented the scene; you've sent

8    the explosives and the other evidence back to the labs, what

9    would be the next step for your team?

10   A.  We'd then wait until we get a result back from it, and

11   the result a lot of times would tell us if they got a hit

12   off the DNA, for example, like, a hair follicle or if I

13   picked up a cigarette butt and they could identify the

14   person that was potentially there; then that would be one of

15   our leads, and then we would actually put together a target

16   package to go after that individual.

17   Q.  All right.  And when you put together a target package,

18   I take it that means that you and other individuals,

19   sometimes military, would go out and take this person into

20   custody.

21   A.  Yes, sir.  We'd put together the team and we would go

22   out with whatever unit we were attached to.  So at times, we

23   were attached to Special Forces units; other times, we were

24   attached to big Army units or Marine Corps units.  And once

25   we went out and brought that person into custody, we would

1    conduct an interview, speak to the person on site, because

2    there may be information that could lead us to another

3    target because there's sensitive -- or time-sensitive

4    information.

5    Q.  And did you participate in the follow-up interviews, as

6    well?

7    A.  Absolutely, sir.

8    Q.  And did you -- in your three years of doing this, were

9    you able to tie some of these blast sites to the al-Mahdi

10   Army or what we've been calling JAM in here today?

11   A.  Yes, sir.  The majority of them were either JAM or JAM

12   Special Groups.

13   Q.  And what's the difference between JAM and JAM Special

14   Groups?

15   A.  Well, JAM Special Groups is more of their elite unit.

16   They're, like, their -- they get tasked with special

17   operations, suicide attacks and stuff like that, while JAM

18   itself was the quasi-political organization, but they also

19   conducted operations, as well.

20   Q.  And who was their leader at that time?

21   A.  Muqtada Sadr.

22   Q.  Now, in your interrogation of these individuals that you

23   would bring in -- these targets that you would bring in,

24   were you able to establish any ties back to Iran or Iranian

25   influence?

1    A.   Yes, sir.

2    Q.   And what -- give the Court examples of some of these

3    ties.

4    A.   Well, other than the person that admitted who actually

5    supplied them or financed them, we would actually be able to

6    take this person and create a link chart, other people that

7    are in this organization, and some of them are already known

8    affiliates that are people we're already looking for because

9    of their ties to Iran.

10   Q.   All right.  And were you able to -- maybe, your unit or,

11   maybe, it was a lab, were they able to analyze the

12   components of these EFPs in terms of the explosive charges

13   and tie that to Iran?

14   A.   Yes, sir, and the way they were able to do that was

15   because on some of the IEDs, they were using homemade

16   explosives.  Homemade explosives, you can get the components

17   anywhere.  You can use fertilizer, sugar, other homemade or

18   household items to make those explosives.  The downside to

19   it, it's very unstable.  But now, the more powerful

20   explosives would be some of the IEDs and the EFPs that they

21   made.  And the reason they were more powerful is because of

22   the plastic explosive that was in it was military-grade, and

23   that military-grade C-4 was Iranian-made.

24   Q.   Were they also able to tie some of the electronics to

25   Iran?

1   A.  Maybe just some of the det. cord, but the electronics

2   would be very difficult, sir, because a lot of that stuff

3   was made in China.

4   Q.  Okay.  During your time out there, did you ever find --

5   in addition to the Shia militias who were the targets for

6   creating these bombs, did you ever capture and interrogate

7   anyone from Hezbollah?

8   A.  Yes, sir.  We captured some people from Hezbollah --

9   well, Hezbollah in Iraq.

10  Q.  All right.  What is the difference between Hezbollah

11  Iraq and Hezbollah?

12  A.  Well, they're the same organization, but the Hezbollah

13  in Iraq was mainly comprised of Iraqis, but they were

14  trained by Lebanese Hezbollah.

15  Q.  And did you ever target and interrogate any Lebanese

16  Hezbollah?

17  A.  Some.  I believe we had a couple that were either -- I

18  believe they were killed in action.

19  Q.  And during the time that you were investigating these

20  incidents, 2007 to 2009, did you ever capture anyone who was

21  actually working for or employed by, at the time, the Qods

22  Force?

23  A.  They were definitely trained by the Qods Force.  I can't

24  really testify to their employment, but they were definitely

25  supplied and equipped by the Qods Force.

```
1    Q.  And how did you find that out?

2    A.  They admitted it, and we also had things, of course --

3    just weapon systems and explosives that -- like the C-4 that

4    was made in Iran.

5    Q.  All right.  Now, that takes us up through about 2009 --

6    your work there in the streets of Baghdad through 2009; is

7    that right?

8    A.  Yes, sir.

9    Q.  And why did you stop working under that contract?

10   A.  The contract actually ended because the SOFA agreement

11   wasn't renewed and, with the SOFA agreement being in limbo,

12   they didn't want any more civilians on the battlefield.  So

13   unfortunately, we were pulled off.

14   Q.  All right.  After you were pulled off the battlefield,

15   what did you do next?

16   A.  Continued working for NEK doing intel work.

17   Q.  And where was that intel work?

18   A.  Initially, in Palo Alto, California, and then I was

19   pushed out to D.C.

20   Q.  All right.  And where -- after you were trained and did

21   some intel work here in the U.S. in Palo Alto and in D.C.,

22   did you start taking this intel work abroad under a contract

23   with that company?

24   A.  Yes, sir.  I worked in Iraq and Afghanistan and UAE.

25   Q.  All right.  Now, was the work you did in Iraq,
```

1    Afghanistan and UAE the same type of work in those three

2    countries?

3    A.  Well, the intel stuff, yes.  It's still tied in to the

4    same organizations, the terrorist organizations or

5    insurgents that we were looking for.  The only difference is

6    I was no longer operational.  So I was not on the ground

7    kicking in doors anymore.  I taught other people how to do

8    the intel; how to do their own source analysis; and, at

9    times, we'd get pulled off to actually teach them how to

10    conduct these raids.

11    Q.  All right.  So let's talk for a minute about the intel

12    work and how that was different than the previous work you

13    were doing on the ground in the streets of Baghdad.  Give

14    the Court an idea a day-to-day during this -- first of all,

15    let me ask you this.  How long were you doing this intel

16    work?  From what year to what year?

17    A.  From 2009 to about 2013, I believe.

18    Q.  All right.  So during those four years of doing intel

19    work -- and let's confine it to the work you were doing in

20    Iraq and Baghdad -- tell the Court what that was like on a

21    day-to-day basis.  What were you doing?

22    A.  Intelligence analysis, sifting through tons of

23    information looking for that needle in a haystack, building

24    out the rest of the networks in specific areas the same way

25    you would -- if you guys remember any of the old television

1   shows with cops or detectives where they have, like, an

2   entire wall with strings and pictures that link people

3   together, identifying what their positions were in the

4   organization, well, we were able to do that digitally using

5   that program.  Palantir is an analytical geospatial software

6   program.

7   Q.  Who were you working for at the time?  What company?

8   A.  NEK.

9   Q.  And was this in conjunction with the Department of

10  Defense?

11  A.  Yes, sir.

12  Q.  Were you sharing information back and forth with the

13  Department of Defense on this?

14  A.  Yes.  We were showing them how to use the information in

15  their database to build out these link charts and actually

16  develop target packages in a fraction of the time than it

17  would normally do it if you did it manually.

18  Q.  And were you not only doing this intel analysis yourself

19  but were you also training others in how to do it?

20  A.  Yes, sir.  I was one of the senior instructors.  I

21  taught everyone how to do it.

22  Q.  And when you say, Everyone -- I mean, give us an example

23  of who that includes.

24  A.  If you used Palantir between the time frames that I was

25  there, whether you were an instructor in it or if you worked

1   for any of the three-letter agencies, I was your instructor.

2   I trained you to do it.

3   Q.  Were you training folks at the CIA?

4   A.  I sure did.

5   Q.  At the FBI?

6   A.  Yes, sir.

7   Q.  At Defense Intelligence?

8   A.  Yes, sir.  DEA, FBI, local law enforcement, other

9   intelligence organizations, as well.

10  Q.  Was this software developed by the company that you were

11  working for at the time?

12  A.  No, sir.  It was developed by Palantir.

13  Q.  All right.  But you were the company that was training

14  folks on how to use it?

15  A.  Correct.

16  Q.  And so in addition to training, you also said you used

17  it yourself; is that right?

18  A.  Yes, sir.

19  Q.  So this is a -- more or less, a desk job; right?

20  A.  Yes, sir, it was.

21  Q.  And you're putting together different pieces of

22  information to put in place a network and then go target

23  certain individuals; right?

24  A.  Yes, sir, but then they would take it from there.

25  Q.  All right.  And who's the "they" that would take it from

1    there?

2    A.  The agency that we're assisting, whether they were FBI,

3    DEA or DIA or so forth.

4    Q.  All right.  So help me understand what kinds of

5    organizations you're investigating.  The intel is coming in

6    on what organizations?  And what were they doing?

7    A.  On all the different terrorist organizations, al-Qaeda;

8    al-Qaeda in Iraq; Taliban; Hezbollah; Hamas; Boko Haram.

9    You'd get information on all the various ones.

10   Q.  And were you getting information on the Shia militias as

11   well and their terrorist activities?

12   A.  Yes, sir, JAM, JAM Special Groups.  Yes.

13   Q.  And did this include al-Sadr's organizations at that

14   time?

15   A.  Yes, sir, which was JAM and JAM Special Groups.

16   Q.  Were you developing target packages for them?

17   A.  Yes, sir.

18   Q.  And as part of developing the target packages for them,

19   did you also trace them to networks that had Iranian

20   influence?

21   A.  Yes, sir, because a lot of their suppliers, their

22   financiers and facilitators were Iranian.

23   Q.  And so when you would put together this target package,

24   would you let -- the special ops teams that were going to

25   pick them up, would you let them know about the Iranian

1    influence?

2    A.  Oh, absolutely.  A lot of them provided the information.

3    So I was literally taking the information that they had and

4    was helping them develop an even bigger network.

5    Q.  And as part of that process, did you develop networks

6    concerning the routes by which they were smuggling weapons

7    or running weapons into Iraq from Iran?

8    A.  Yes, sir, we were.

9    Q.  And this is during what time frame?

10   A.  This was from '09 to about 2013, sir -- or late 2013.

11   Q.  And why did you end working on that contract?

12   A.  I shifted over to another one that allowed me to get

13   back on the ground and get out of the desk -- well, get out

14   of the office.

15   Q.  Are you a desk job kind of person?

16   A.  No, sir.

17   Q.  Did you enjoy your work in the field a lot more than

18   your work at the desk?

19   A.  Yes, sir.  They were both very rewarding, but I

20   definitely prefer to be in the field.

21   Q.  All right.  And so then after a short stint at Homeland

22   Intelligence Technology, did you have the opportunity to go

23   back to Baghdad and work for a company called Blue Light?

24   A.  Yes, sir.

25   Q.  And is Blue Light the company you were working for at

1   the time that you were abducted?

2   A.  Yes, sir.

3   Q.  And you began working for them in what year, Waiel?

4   A.  2014.

5   Q.  All right.  So for three years, you know -- for at least

6   two-and-a-half years before you were abducted, you worked

7   with this Blue Light program?

8   A.  Yes, sir.

9   Q.  Tell the Court what you did for Blue Light.

10   A.  I was a program manager and our job was under the SATMO

11   which is the Security Assistance Training Management

12   Organization.  Our job was to destroy ISIS in Iraq.

13   Q.  All right.  The SATMO organization, what does that do?

14   A.  They sell weapons and training and parts to foreign

15   countries under foreign military sales.

16   Q.  And are there certain guidelines when those weapons are

17   sold from the United States that those people have to be

18   trained in how to use those weapons?

19   A.  Yes, sir, there are.

20   Q.  And was that -- part of your job was to train Iraqis in

21   how to use those weapons?

22   A.  Yes, sir.

23   Q.  Did you have other parts of your jobs where you were

24   training Iraqi Special Forces and Iraqi government forces

25   for this battle against ISIS?

```
1    A.  Yes, sir.  That was the whole idea.

2    Q.  All right.  Now, as part of that training, can you give

3    the Court an idea -- just a sense for the kind of recruits

4    you were getting at the time for the training, you know --

5    these are folks that had never been in the military before.

6    They're coming in and you're training them to send them out

7    to war with ISIS.  Tell the Court a little bit about what

8    that was like.

9    A.  It was more like a meat grinder.  Not everyone that we

10   got -- well, that came into the commando course was a

11   professional soldier or should be a professional soldier,

12   and that was part of the broken system, if you will.  So

13   even with the training that we provided these guys, not all

14   of them are going to survive, but not because of the lack of

15   training or the level of training that we were providing.

16   They're just not soldiers.  Some of these guys should be

17   making sandwiches.

18   Q.  Did you develop, kind of, an affinity or an emotional

19   attachment with some of these guys before you sent them out?

20   A.  Absolutely.  They're like my children.  I'm teaching

21   them to go into a world that's not going to treat them well,

22   a world and a place where they're going to eat them alive.

23   Q.  And then did you find out some of the casualties of the

24   men that you had trained?

25   A.  Yes, sir.  One of the first groups that we sent out,
```

1    only 25 percent of them came back.

2    Q.  When you say, We, who else was working on the training

3    with you?

4    A.  We were there with an entire team.  There's about 10 of

5    us, 6 guys from General Dynamics.  General Dynamics was the

6    prime -- that means they held the contract -- and we were a

7    sub.  So there was only 4 of us on the Blue Light side.

8    Q.  All right.  Who were the other members of the Blue Light

9    team?

10   A.  Well, it was myself, Amr, Russell and Johnny Kennedy.

11   Q.  As part of that team, you were obviously communicating

12   with these recruits in Arabic; right?

13   A.  Correct.

14   Q.  And do you speak fluent Arabic?

15   A.  I do, sir.

16   Q.  And does Amr speak fluent Arabic?

17   A.  Yes, sir, he does.

18   Q.  And what about the other members of your team, did they

19   speak Arabic?

20   A.  No, sir.

21   Q.  Was there a need, then, for interpreters?

22   A.  Yes, sir.

23   Q.  How many interpreters did you need as part of the

24   training that you were doing?

25   A.  We normally had four interpreters because with myself

1    and another Arabic speaker, we can teach six consecutive

2    classes which put us light years ahead of any other spec op

3    team that was there training.  We got a lot more done.

4    Q.  And when you say, Six consecutive classes, what do you

5    mean by that?

6    A.  Well, when we break down and conduct specialized

7    training, we had to get these guys more advanced.  So we had

8    guys that were working on -- with them for heavy weapons.

9    Heavy weapons include, like, the Mark 19, .50-cal, the SAW,

10   the M60 -- well, the 240 Bravo now.  These are squad

11   automatic weapons that are used, of course, to hold off

12   larger invading forces, if you will.  We also had guys that

13   did sniper training with them, counter-IED, medical

14   training, driving training, mechanics, working -- fixing

15   vehicles and stuff like that.  We also had an armorer.  So a

16   lot of their weapon systems would go down or they would

17   break.  We taught them how to repair them, how to fix them.

18   Their night division [sic] and other optics would also break

19   or fail.  We would teach them how to repair and how to fix

20   it so they can get it back up and continue to fight.

21   Q.  What about close-quarter combat?  Did you teach them

22   that?

23   A.  Yes, sir, we did.  We would do CQC with them, as well.

24   We had a shoot house built up for that.

25   Q.  And, obviously, your training in the military and your

1    work as a police officer and these other contracts you did,

2    that experience helped you become one of these trainers; is

3    that right?

4    A.  Yes, sir.

5    Q.  And what about Amr?  He was working with you, as well.

6    What experience did you find valuable in him as far as the

7    training went?

8    A.  Well, Amr was also prior military.  He also served as a

9    police officer in South Africa.

10   Q.  Okay.  And what about Russell Frost?  What experience

11   did he bring to the equation?

12   A.  Russell was a master mechanic, and he was also a master

13   driver.  He taught these guys how to drive every vehicle in

14   their arsenal, and he also taught them how to repair every

15   vehicle in their arsenal.

16   Q.  Did Russell have any prior military training?

17   A.  No, sir, he did not.

18   Q.  Was he, nevertheless, a valuable -- an important part of

19   your team?

20   A.  Absolutely.

21   Q.  And how close was this team?  When you're putting these

22   guys through this training, how close did this team of men

23   grow over there?

24   A.  They're my family.

25   Q.  Where were you based -- where were you doing the

1    training in Baghdad?

2    A.   We were conducting all training in the old BIA which is

3    the Baghdad International Airport.   There's a Special Forces

4    compound there that was directly across from their

5    diplomatic support center.   That's where the U.S. Embassy

6    gets all their supplies.

7    Q.   And was that a safe place as far as you were concerned?

8    A.   Yes, sir.

9    Q.   And were you getting information -- strike that.

10            Did the State Department regularly receive

11   information about what areas of Baghdad were not safe?   What

12   areas had become red zones?

13   A.   I'm sure they do because that's their responsibility,

14   the Regional Security Officer which is the RSO.

15   Q.   And were you and your men able to get that information

16   about what areas had become hot zones in Baghdad?

17   A.   No, sir.   We were not privy to it.

18   Q.   Did you try to get privy to it?

19   A.   Yes, sir, we were supposed to.   It was built into our

20   contract.   We were all supposed to get information from them

21   regularly which we did not.

22   Q.   Did you go over and talk to them about it and try and

23   get information from them?

24   A.   Yes, sir, we did, but it was political.

25   Q.   And the results were that they still didn't provide the

 1    information?

 2    A.  The results were negative, sir.

 3    Q.  Now, for these men, this is strictly a training role

 4    that you had.  You didn't go out on missions with them?

 5    A.  No, sir, we did not.

 6    Q.  And did you also have administrative responsibilities

 7    for the men that were working with you?

 8    A.  Yes, sir.

 9    Q.  What physical requirements were there for you to be part

10    of this job?  What kind of physical exertion did the job

11    take?

12    A.  Well, I mean, you needed able to at least lift 50

13    pounds.  We spent hours on end on our feet all day.  We were

14    running classes consecutively.  So we would conduct classes

15    during the day.  They would also conduct classes at night

16    because, realistically, when you're out there, you're going

17    to conduct operations at night, and if you're not used to

18    taking your weapon apart and putting it back together in the

19    middle of the night without any light, you're not a whole

20    lot of good out there.  You need to be able to drive at

21    night with night vision.  You need to be able to shoot at

22    night with night vision.  So these are all things that we

23    were training them to do.

24    Q.  Did you also have to be physically fit so that you could

25    demonstrate stuff for the men you were training?

1   A.  Absolutely, sir, because we would do defensive tactics

2   with them.  We'd get them on the range shooting, moving,

3   repelling.  We'd also have them carry their rucks and we

4   call it humping which is road marching.

5   Q.  Okay.  And what kind of shape were you in at this time?

6   A.  I was in phenomenal shape.  A lot better than I am now;

7   got fat.

8   Q.  Were you working out out there?

9   A.  I was, regular.  I was twice a day, actually.

10  Q.  Why was that important to your job?

11  A.  Because if I don't look the part, who's going to believe

12  me?

13          MR. SINGER:  Your Honor, I'm going to turn to

14  January 15th, 2016 now.

15  BY MR. SINGER:

16  Q.  All right.  On January 15th, 2016, were -- was that

17  during this period of time that you were working for Blue

18  Light doing this job that you've described to the Court?

19  A.  Yes, sir.

20  Q.  And was there a need at that time for an additional

21  linguist as part of the team?

22  A.  Yes, sir, because we've -- we lost two of our linguists.

23  Q.  And did -- were you the one responsible for hiring the

24  linguists?

25  A.  I -- yes, sir, I was.

1   Q.  And how did you vet someone that you would hire as a new

2   part of the team?

3   A.  Well, I had a list of guys that I worked with in the

4   past that were linguists.  And once I was able to reach out

5   to them, if they were available, I would send their

6   information over to Sallyport.  Sallyport was a company that

7   we used for life support, and they provided all the

8   logistical support for us.  So they would conduct a

9   background check of the names that I would send them in

10  conjunction with the DOS standards.

11  Q.  Did you send them the name of a gentleman that called

12  himself Abu Marina?

13  A.  Yes.  He was also known as Riley Williams.

14  Q.  And is Riley Williams his actual name?

15  A.  Yes, sir.

16  Q.  All right.  Did Sallyport approve him for rehiring as

17  part of your team?

18  A.  Yes, they did.

19  Q.  Had you worked with him in the past?

20  A.  Yes, sir, I did.

21  Q.  Did you trust him?

22  A.  I did.

23  Q.  Was there any reason that you are aware of -- were there

24  any red flags or you felt like, maybe, you ought to be

25  careful about Abu Marina for one reason or another?

```
 1    A.  No, sir.

 2    Q.  All right.  How did you go about attempting to hire him

 3    to join your team as a linguist?

 4    A.  I had his number from the time that he worked with us in

 5    the past on the same contract, and also -- I mean, because I

 6    worked with him in Balad as well while I was on the F-16

 7    beddown program.

 8    Q.  Why did he stop working with you in the past?

 9    A.  He had a fallout with one of the other team members,

10    Greg.  Greg was a little hard on him unnecessarily.

11    Q.  And was Greg still a part of the team?

12    A.  No, sir.

13    Q.  So was that part of the reason you thought, maybe, you

14    could get Abu Marina to rejoin the team?

15    A.  That's the only reason he came back.

16    Q.  Did you set up a place where you would meet him for

17    lunch?

18    A.  Yes, sir, we did.

19    Q.  And where was that?  In what part of the city?

20    A.  It was Baghdad.  I want to say it was Karrada --

21    interior Karrada.  Karrada-Dakhil [ph].

22    Q.  And is that a typical part of that culture to do a

23    business deal over lunch like that?

24    A.  Yes, sir.  Breaking bread seals the deal.

25    Q.  And who did you take with you for that meeting?
```

```
 1    A.  Amr and Russell.

 2    Q.  Why did you take them?

 3    A.  Because they liked to eat.

 4    Q.  Do you ever go out in Baghdad on your own for a mission

 5    like that?

 6    A.  Never.

 7    Q.  Why not?

 8    A.  It's not a good idea to go out solo in case something

 9    happens.

10    Q.  All right.  Did you -- were you able to get the deal

11    made over lunch with Abu Marina?

12    A.  We did.  Yes, sir.  He agreed to come back and he agreed

13    to the rate that we offered.

14    Q.  All right.  And what did you do after lunch?

15    A.  He invited us to his home for a cup of tea.  So --

16    Q.  Did you -- sorry, sir.

17    A.  No.  So traditionally, it would be offensive if we

18    didn't accept.  Besides, it was still early enough in the

19    day.  We figured going by there for 20, 30 minutes, having a

20    cup of tea and leaving, we'd still be able to get back

21    before 3:00.

22    Q.  What time of day was it when you went out to his house?

23    A.  It was around, like, 1:30, 2:00 o'clock, afternoon.

24    Q.  What part of the city was his apartment in?

25    A.  It was in Dora.
```

1    Q.  Did you find out later whether or not Dora was a hotspot

2    in the city at that time?

3    A.  I didn't find that out until we were released after

4    being interviewed with the FBI.

5    Q.  But at the time, you had no information that would lead

6    you to believe that Dora was not a safe place to be?

7    A.  None.

8    Q.  All right.  Tell the Court what happened when you got to

9    the home -- the apartment of Abu Marina.

10   A.  Well, we got there; he invited us inside; he made a cup

11   of tea; and we were drinking the tea.  I took a short walk

12   with Abu Marina.  He wanted to discuss other contract

13   opportunities.  We were gone for, maybe, 10 minutes or so.

14   Literally, we came back, met up with Amr and Russell, and we

15   were getting prepared to leave when someone walks into the

16   house and asks us who we were.

17   Q.  All right.  Now, before I get to that confrontation,

18   when you went for a short walk with Abu Marina, did Russell

19   and Amr stay in the apartment?

20   A.  Yes, sir.

21   Q.  And you said you were discussing with him other contract

22   opportunities?

23   A.  Yes, sir.

24   Q.  Like, for example, what?

25   A.  He wanted to start his own company and take maintenance

1    contracts.  So I was explaining to him that it could be

2    done, but he didn't have a company established or anything

3    registered yet.  So he couldn't get any contracts if he

4    wanted to.

5    Q.  Was there anything during that time frame where you were

6    interacting with Abu Marina that made you suspicious about

7    him or raised any red flags?

8    A.  Not initially, no.

9    Q.  Later on, looking back at it on hindsight, do you see

10   anything that raises your suspicions now?

11   A.  Yes, sir.

12   Q.  And what is it that you see looking back on it on

13   hindsight?

14   A.  Well, when we picked him up, he was sweating profusely.

15   He smelled horrible which isn't normal, not for him.  He's

16   usually a pretty clean guy.  He looked as if he didn't sleep

17   very long.  I mean, his hair was a mess and he was missing

18   the tip of his finger.  It looked like a fresh cut.

19   Q.  And why is it -- why, looking back, is that significant

20   to you that he was missing the tip of his finger?

21   A.  Well, because of an experience that I had while in

22   captivity.

23   Q.  All right.  We'll get to that in a minute.

24   A.  Yes, sir.

25   Q.  So let's say you go -- let's take it to the point in

1    time you've gotten back to the apartment after your walk

2    with Abu Marina and Russell and Amr are there.  And then you

3    said a man came in the door; is that right?

4    A.  Yes, sir.  He was actually dressed pretty nice.

5    Q.  Did he knock first?

6    A.  No, he just walked right in.

7    Q.  All right.  Describe what this man looked like.

8    A.  Iraqi gentleman; light complexion; neat-trimmed beard;

9    curly slicked-back hair with a nice brown leather jacket.

10   Q.  Was he armed?

11   A.  Not that I could tell.

12   Q.  And what did he say to you?

13   A.  He asked us who we were and what we were doing there.

14   Q.  And what did you tell him?

15   A.  Well, identify with, Who are you?  What are you doing

16   here?

17   Q.  Did you eventually show him any identification?

18   A.  I did.  I showed him my Iraqi military -- well, my Iraqi

19   Ministry of Defense ID with the Iraqi Special Forces and

20   Counterterrorism.

21   Q.  All right.  And is that an ID card that allows you to go

22   and travel anywhere in Baghdad?

23   A.  Yes, sir, and be armed.

24   Q.  All right.  And you would expect someone in any official

25   capacity would recognize that and allow you to proceed as

```
1     you wanted to?

2     A.   Absolutely.

3     Q.   Did this man react that way?

4     A.   No, he didn't.

5     Q.   What did he do?

6     A.   Told us that we couldn't leave.

7     Q.   And what did you do?

8     A.   Told him we can.  We're leaving.

9     Q.   All right.  So did you walk out past this man?

10    A.   I did.

11    Q.   Did you get in any fight at that time?

12    A.   Well, I realized when I went outside that he was right.

13    We couldn't leave.

14    Q.   And why was that?

15    A.   There was about 40 to 50 heavily-armed men outside.

16    Q.   And when you got outside, did you end up talking to and

17    confronting one of the men that stepped forward that you had

18    later nicknamed the enforcer?

19    A.   Yes, sir, I did.

20    Q.   Tell the judge about that.

21    A.   Well, sir, Your Honor, when I went outside -- I mean,

22    Amr picked up the conversation with the other gentleman that

23    was telling us that we could not leave.  In the meantime, I

24    was talking to the enforcer -- which, also, a/k/a, the

25    boxer, because he had a boxer's nose -- and he explained to
```

1    me who he was and why we couldn't leave.  They said that

2    they were part of a militia -- a local neighborhood militia

3    and that they had received reports that we were there --

4    they claimed that we were terrorists, so claiming supposedly

5    that we're ISIS.

6          During that interaction or exchange of words with

7    him, I was trying to convince this guy that we're not, and I

8    showed him my ID, as well.  His phone rang and, as his phone

9    rang, I saw a screen saver of Muqtada Sadr, and I know Amr

10   -- and when Amr and I exchanged words, Amr saw the same

11   thing with the other gentleman behind me that he was

12   speaking to.  And eventually, the other gentleman that Amr

13   was speaking to was -- left or, maybe, he worked his way

14   into the crowd, and now Amr and I were both talking to the

15   enforcer, and Amr walked away for a second with his gun in

16   hand, and the gentleman asked me for my weapon and he told

17   me that either I give it to him or it will be taken by

18   force.

19   Q.  All right.  Before we explain what you did, describe --

20   as you're talking to this man you call the enforcer, he has

21   asked for your weapon.  Amr is outside now, as well; is that

22   correct?

23   A.  Yes, sir.

24   Q.  And what about Russell?  Where was Russell at this time?

25   A.  Russell was in the van with the van running and gun in

1    hand.

2    Q.  And was he in the driver's seat of the van?

3    A.  Yes, sir.

4    Q.  All right.  Now, with Russell in the van, you and Amr

5    outside, lay the security for the -- the security perimeter

6    for the Court.  What did you see?  What kind of weapons did

7    they have?  What kind of force were you up against?

8    A.  Well, we were surrounded.  There was guys behind us on

9    the roof and in the second-story windows with heavy weapons

10   like PKCs, RPKs, PKMs, and on the back of the pickup trucks,

11   there was DShKs, and there was also guys on the other

12   rooftops on both the left and right of us with RPGs which

13   are rocket-propelled grenades and everyone was armed with an

14   AK-47.

15   Q.  What are the DShKs?

16   A.  The DShK is a Russian-made heavy weapon system that

17   fires a 30-millimeter round that's equivalent to our

18   .50-cal.

19   Q.  Did you -- at that time, were you thinking that Russell,

20   even though he's in the driver's seat of the van -- did you

21   think he had any chance to get out of there alive?

22   A.  No, sir.

23   Q.  Did you think that you or Amr had any chance of getting

24   out of there alive?

25   A.  No, sir.

1    Q.  Did you surrender your weapon as the enforcer asked?

2    A.  I didn't do it because he asked.

3    Q.  All right.  Have you been trained never to surrender

4    your weapon?

5    A.  Absolutely.

6    Q.  And have you trained others never to surrender their

7    weapon?

8    A.  I'm a hypocrite.  Yes.

9    Q.  Then why did you surrender yours?

10   A.  Because I couldn't stand to see Amr and Russell die for

11   nothing.

12   Q.  Did you feel responsibility for these two men?

13   A.  I am responsible for those two men.

14   Q.  Were you their Supervisor at the time?

15   A.  I'm their team leader.

16   Q.  And did you also consider them to be your brothers?

17   A.  They are my brothers.

18   Q.  Then tell me what you did in terms of surrendering your

19   weapon.

20   A.  I gave him my gun.

21   Q.  Did you unload it first?

22   A.  I did.

23   Q.  Take the clip out?

24   A.  The magazine.  I dropped the magazine and I extracted

25   the slide to get the round out of the chamber.

1    Q.  All right.  And then did you convince Amr and Russell

2    that they needed to do the same thing?

3    A.  It took me about 10 minutes to convince Amr to give me

4    his weapon.

5    Q.  What was that conversation like?

6    A.  Interesting.  He wanted to shoot the guy in the face

7    thinking that he'd be able to get to his AK in time which

8    wouldn't have happened.

9    Q.  All right.  Were you communicating with him in Arabic at

10   the time?

11   A.  I was.

12   Q.  And eventually, did he do the same thing you did?

13   Surrender his weapon and clean it out.

14   A.  Only because I asked him to trust me.

15   Q.  All right.  Did you believe at the time that you were

16   surrendering your weapons that this was ISIS that was taking

17   you captive?

18   A.  If they were ISIS, I would have shot the guy in the face

19   and we would have died in place.

20   Q.  Have you ever known, in your training over there in

21   Iraq, anybody that was taken captive by ISIS that made it

22   out alive?

23   A.  They all die.

24   Q.  And so why did you surrender your weapon?  You knew it

25   wasn't ISIS -- or you thought it wasn't ISIS.  Why did you

1    surrender your weapon?

2    A.   Because I knew they were not ISIS, and it was the only

3    chance that we had to survive.

4    Q.   Did you have think -- did you have an opinion or a

5    thought as to whether or not they might be Shia militia?

6    A.   That's the only reason I gave them the -- my weapon, and

7    the only reason that I thought they were Shia militia was

8    because of the photos of Muqtada Sadr on their phones.

9    Q.   All right.  And did you think, if they were Shia

10   militia, you might have a chance of negotiating your way out

11   of it?

12   A.   That's the only reason we had a chance, sir.

13   Q.   All right.  Did you also convince Russell to give up his

14   weapon?

15   A.   I did.  That was another tough one.

16   Q.   All right.  Now, once all three of you gave up your

17   weapons, what happened next?

18   A.   They forced us into our own van, and they drove us down

19   the street to their emir's house.

20   Q.   All right.  You said, To their emir's house.  What is an

21   emir?

22   A.   The emir is the guy that's in charge.  They use similar

23   terms as they do in other parts of the Middle East.  An emir

24   would also be, like, a king.

25   Q.   All right.  And how did you know this was the house of

```
 1    the guy in charge?

 2    A.  Until -- that he identified himself as emir whatever.  I

 3    don't remember his name now.

 4    Q.  All right.  Did they march you into that house?

 5    A.  Yes, sir, they did.

 6    Q.  At gunpoint?

 7    A.  Yes.

 8    Q.  And tell the Court what you saw once you went into the

 9    emir's house.

10    A.  Once we went into the area -- their seating area where

11    they usually conduct their meetings, Your Honor, there was a

12    huge mural of Muqtada Sadr and his father.  It would have

13    been to my left if I'm sitting facing him.  And there was a

14    large weapons cache in there, tuna cans full of -- we refer

15    to them as tuna cans because they're metal tin cans full of

16    ammunition, usually AK ammo.  There was RPGs in there as

17    well, rocket-propelled grenades, and the rounds, and also,

18    the rocket propellant that goes to it, because the RPG is

19    two pieces other than the firing system that you have to use

20    to fire the weapon, but there was also other heavy weapons

21    in there, again, just because -- PKCs, PKMs, RPKs.

22              THE COURT:  Can -- you just used some

23    abbreviations.  Can you just tell --

24              THE WITNESS:  I have no --

25              THE COURT:  -- just for the record --
```

```
1              THE WITNESS:  -- idea what the abbreviations are
2         for --
3              THE COURT:  All right.
4              THE WITNESS:  -- but they're just -- they're
5         Russian-made weapons.  They're heavy machine guns --
6              THE COURT:  Okay.
7              THE WITNESS:  -- light and heavy machine guns.
8              THE COURT:  Perfect.
9    BY MR. SINGER:
10   Q.  All right.  What happened when you went into this house,
11        you know, in terms of your conversation with the emir and
12        what they did to you?
13   A.  Well, they immediately took our phones; they patted us
14        down; they took our belts; they took our knives; they also
15        confiscated our ID cards; and they pretty much just asked us
16        silly questions just buying time until they were getting the
17        other vehicles ready to load us up and take us to the next
18        location.
19   Q.  All right.  You only found out later that they were
20        buying time for that; right?
21   A.  Correct.
22   Q.  At the time, you just thought they were interrogating
23        you in some fashion?
24   A.  I thought they were going to release us.
25   Q.  What kinds of questions were they asking you?
```

```
 1    A.  Who we were, what we were doing there.  Stuff like that.

 2    Q.  All right.  Once the other vehicles came, what did they

 3    do to you?

 4    A.  They just forced us into those vehicles and they drove

 5    us over to Sadr City.

 6    Q.  All right.  At the time, were you blindfolded?

 7    A.  No.

 8    Q.  So you could see precisely where you were going?

 9    A.  Yes, sir.

10    Q.  And were you and Russell and Amr all in the same

11    vehicle?

12    A.  No, sir.  They separated us.

13    Q.  And what vehicle were you in and what vehicle were the

14    other two men in?

15    A.  I don't remember the exact position of the vehicle that

16    I was in, but I know I was in one of the middle vehicles,

17    and I believe Russell was behind me.  Maybe Amr was in

18    front.  I don't remember.

19    Q.  And what was going through your mind when you realized

20    you were going to Sadr City?

21    A.  This isn't over.

22    Q.  Did -- the translator, Abu Marina, was he also taken

23    hostage with you all?

24    A.  Yes, sir, he was.

25    Q.  And did they -- did he -- did they take him to the
```

```
 1    emir's house, also?

 2    A.  Yes, sir.

 3    Q.  And did they, then, take him to Sadr City with the rest

 4    of you?

 5    A.  Yes, sir.  He came with us.

 6    Q.  All right.  Once you got into Sadr City, where did they

 7    take you?

 8    A.  To, I guess, one of their compounds.  That compound, to

 9    get in, there was two gates.  There was a gate that they

10    opened up, drove us over a railroad track, and then another

11    gate that opened up before we were in the compound.  The

12    entire compound and the buildings were all painted gray.  We

13    were escorted out of the vehicles and scurried into another

14    building.  This building looked like a seating area that was

15    also dubbed as a prayer room.  And, again, to the back, a

16    huge mural of Muqtada Sadr in Iraqi military uniform,

17    Iranian flags, Iraqi flags, and also, the flag of Saraya

18    al-Salam, because there was a bird on it with the image of a

19    person and a white flag with the writing on it.

20    Q.  All right.  Now --

21    A.  That same flag was also at the emir's house.

22              THE COURT:  To clarify, the flag of Iran or the

23    flag of --

24              THE WITNESS:  Both.

25              THE COURT:  Okay.
```

```
 1                    THE WITNESS:  Both, sir, the Iranian flag and the
 2       Saraya al-Salam flag.
 3                    THE COURT:  Okay.
 4                    MR. SINGER:  Excuse me, Your Honor.  We're going
 5       to show you a picture that we have marked as an exhibit,
 6       hopefully.
 7                    (Brief pause.)
 8       BY MR. SINGER:
 9       Q.  While he's pulling that up, how many men were there when
10       you went to this holding place in Sadr City?
11       A.  I'd say about, maybe, 10, 15 guys.
12       Q.  And how many men were there in that room with you?
13       A.  All of them.
14       Q.  All of the militiamen?
15       A.  Yeah, but there was other guys outside that were still
16       holding security positions.
17       Q.  All right.  I'm going to show you what we've premarked
18       as Exhibit-54.  Do you recognize this?
19       A.  Yes, sir.  That's the flag, Saraya al-Salam.
20       Q.  Is that a true and accurate representation of the flag
21       for Saraya al-Salam as it existed in 2016?
22       A.  Yes, sir.
23                    MR. SINGER:  We would move that into evidence as
24       our next exhibit, Your Honor.
25                    THE COURT:  It shall be admitted.
```

```
1              MR. SINGER:  And then 55.

2    BY MR. SINGER:

3    Q.  I'm showing you a copy of Exhibit-55.  Can you identify

4    this.

5    A.  That's the Iranian flag.

6    Q.  And is that a true and accurate copy, to your knowledge,

7    of the Iranian flag as it existed in January of 2016?

8    A.  Yes, sir.

9    Q.  And is this the flag that you saw at both of those

10   locations that you've described already?

11   A.  Yes, sir, just a lot bigger.

12              MR. SINGER:  We'd move that into evidence as our

13   next exhibit.

14              THE COURT:  It will be conditionally admitted.

15              MR. SINGER:  Thank you.

16   BY MR. SINGER:

17   Q.  You said at this new holding place, you saw on the mural

18   Muqtada al-Sadr in his military uniform and at the prior

19   place, you didn't mention that.  Was that different or was

20   it the same picture?

21   A.  No, he was in traditional cleric --

22   Q.  At the prior --

23   A.  -- garb.  Yeah, the head wrap and the man dress.

24   Q.  All right.  Did it -- was there any significance to

25   you -- when you saw that mural and he was in military
```

1    uniform, what did that cause you to think?

2    A.   That's his military arm.

3    Q.   And is -- to your knowledge, in January of 2016, was

4    Saraya al-Salam his military arm?

5    A.   Yes, sir.

6    Q.   All right.  Tell the Court what happened to you in this

7    holding facility.

8    A.   Well, this is when they started getting more physically

9    violent.  So this is what really opened our eyes to where we

10   were not only at but what we were going to experience for

11   the remainder.

12   Q.   In what way did it get physically violent?

13   A.   This is when they started hitting me.  They asked me

14   questions that I would answer accurately and they would

15   still hit me.

16   Q.   All right.  Like, give us an example of the kind of

17   questions they were asking you.

18   A.   They asked me who I was; what I was doing there; what my

19   nationality was; and I would answer, and their response was,

20   No, you're not an American.  You're an Egyptian.  I'd say,

21   Well, politically correct, I'm an American of Egyptian

22   descent, but I don't think they understood that.

23   Q.   And so they would hit you?

24   A.   Correct.

25   Q.   Now, were you handcuffed at the time?

1    A.  No, not yet.

2    Q.  Did you have anything on your ankles?  Any ankle chains

3    or cuffs?

4    A.  Not yet, but that's where it all happened, though.

5    Q.  Did you think about fighting back?

6    A.  I did.

7    Q.  And why not?

8    A.  They were going to hurt my friends.

9    Q.  Were your friends in that same room with you?

10   A.  Yes, sir.

11   Q.  Were they asking them questions, as well?

12   A.  Yes, sir, they were.

13   Q.  And did you have to watch them being beaten by the

14   interrogators?

15   A.  Yes, sir, I did.

16   Q.  Did they -- how long were you in that room?

17   A.  Maybe 20 minutes.

18   Q.  Did they eventually cuff you while you were in that

19   room?

20   A.  Yes, sir.  We were cuffed, blindfolded.

21   Q.  All right.  Did they -- what did they use to tie your

22   hands?  And in what position were your hands?

23   A.  Our hands were put in handcuffs, and my hands were put

24   behind my back.

25   Q.  And tell the Court about the blindfold.

1    A.  Well, they forced me to my knees before they handcuffed

2    me, and they put handcuffs on my hands and put handcuffs on

3    my ankles.

4    Q.  How do you know they were handcuffs on your ankles?

5    A.  Because the chain isn't that big.  If they were

6    shackles, shackles are a lot bigger and the chain on the

7    shackles are a lot longer.  I used to be a cop.  I had

8    several pairs.

9    Q.  And tell the Court about the blindfold that they used

10   and how they kept that on.

11   A.  They took a dark piece of material, wrapped it around

12   your head, and then they duct taped it to your face.

13   Q.  Did that blindfold come off for the next 20 days?

14   A.  No, sir.  It was still tied on my face.  It was cutting

15   into my nose and, after a few days, it made my nose infected

16   and now whenever they struck me, it would burst and the pus

17   and blood would run down my face, because I could feel the

18   wetness on my face.

19   Q.  Did they allow you to leave your clothes on at that

20   time?

21   A.  Well, in that location, yes.

22   Q.  All right.  And tell us, after they cuffed you and they

23   put handcuffs on your ankles, what did they do with you and

24   your friends?

25   A.  They took Amr, Russell and myself and they shuffled us

1    outside and put us into other vehicles.  They put Russell

2    and Abu Marina in one vehicle and Amr and I in the other.

3    The vehicle that they put us in didn't have any back seats.

4    So I think, like, three or four guys were sitting on top of

5    us.

6    Q.  And you were blindfolded.  Did they guide you into those

7    vehicles?

8    A.  Yes, sir, they did.

9    Q.  All right.  And what happened -- where did they take you

10   and what happened next?

11   A.  They took us to another location that appeared to be

12   some sort of factory or prison or a warehouse or something.

13   I didn't know it at the time, but it ended up being an old

14   cigarette factory.

15   Q.  At the time, you couldn't see where you were going; is

16   that right?

17   A.  No, sir, I could not.

18   Q.  All right.  And so what did they do when they got you to

19   this place that you later learned was an old cigarette

20   factory?

21   A.  They put me into this small cell.  I'm assuming it was a

22   cell, because it was concrete walls and concrete floor with

23   a metal door, and I only know it was a metal door because of

24   the sound that you hear with them opening it and opening the

25   lock.  They took my clothes, and then they put me in there

1    and they hogtied me naked.

2    Q.  And how long did they leave you in that position in that

3    cell?

4    A.  For about a week.

5    Q.  All right.  During that entire time -- during that

6    entire week, did they take the handcuffs off you --

7    A.  No, sir.

8    Q.  -- or the ankle cuffs?

9    A.  No, sir.

10   Q.  And were you hogtied the entire time?

11   A.  Yes, sir.

12   Q.  During that week, did they feed you at all?

13   A.  Hardly.

14   Q.  All right.  And when you say, Hardly, what do you mean?

15   What did they give you?

16   A.  They'd give me bread or -- sometimes a piece of bread

17   with cheese in it or an egg in it, maybe, once a day,

18   sometimes twice a day if I was lucky; a quarter of a bottle

19   of water that tasted like urine.

20   Q.  And how did you drink the water if you were hogtied like

21   that?

22   A.  They -- he -- one of the guys would pick my head up and

23   put some water in my mouth.

24   Q.  All right.  Did you have a feel for how big that cell

25   was that you were in?

1    A.  Not at that time, but -- it wasn't until later that I

2    realized that it wasn't very big.  I couldn't stand up and I

3    couldn't lay down.

4    Q.  All right.  Explain -- maybe, you could show the Court

5    and explain into the record about the size of that cell.

6    A.  The size of the cell?  It would probably be about the

7    size of this desk that's in front of me now.

8    Q.  Are you --

9              MR. SINGER:  Go ahead, Your Honor.

10              THE WITNESS:  Your Honor --

11              THE COURT:  No, no, go ahead.

12   BY MR. SINGER:

13   Q.  Are you estimating about three feet or so?

14   A.  Yes, sir.  So if my back was up against this wall right

15   here, (indicating) the cell was only as big as where my legs

16   would extend out to.

17   Q.  All right.  Were you ever able, during the time you were

18   in that cell, to stretch fully out and lie down?

19   A.  No, sir.  Never.

20   Q.  And what about the height of the cell?  How high was the

21   cell?

22   A.  Couldn't stand up straight, sir.  No.  I would say,

23   maybe, three-and-a-half feet; maybe, four.

24   Q.  All right.  Now, at the time that they had you hogtied

25   during that first week, did they allow you to use the

1   bathroom at all?

2   A.  No, sir.  I held it.

3   Q.  Did you hold it for the entire week?

4   A.  Yes, sir.

5   Q.  And the first time that you did use the cell to go to

6   bathroom, what was the result of that?

7   A.  Actually, when I used it -- because they took the

8   shackles off -- well, they disconnected my hands from my

9   feet, but the handcuffs were still on my hands.  They

10  allowed me to put them in the front because I couldn't walk

11  any other way, but they kept the handcuffs on my feet.  So

12  it was really small steps.  And when I was able to make it

13  into the bathroom, I, kind of, fell in it, and they don't

14  have a western-style toilet.  It's the eastern-style hole in

15  the ground.  Well, the plumbing isn't very good there.  So

16  it was, kind of, overflowing.  I fell in it.

17  Q.  All right.  And when they took you back to that small

18  cell you were in, did they give you a chance to wash off or

19  anything like that?

20  A.  They made me lick my hands clean, sir.

21  Q.  And did they, then, make you eat lunch after they did

22  that?

23  A.  Yes.

24  Q.  Now, during this first seven days when you were in the

25  cell in this position, hogtied with no clothes on, what was

1   the temperature like?

2   A.  It was freezing cold.

3   Q.  And did they give you anything to lay on on the floor?

4   A.  No, sir.

5   Q.  Would people come in and open the cell door -- or the

6   metal door that you heard, would they open that metal door

7   and come up to the door and interrogate you?

8   A.  Yes, sir, they would.

9   Q.  And what kinds of questions were they asking you then?

10  A.  Same questions.  Who am I?  What am I doing there?

11  Where I was -- who was I working for?  Asked me questions

12  about Amr; asked me questions about Russell.  It didn't

13  matter what my response was.  They still hit me; still beat

14  me.

15  Q.  And during this entire time, how many times a day would

16  they come and interrogate you?

17  A.  Several times.  It would pretty much be according to the

18  call to prayer.  The call to prayer sounds off about five --

19  actually, six times a day if you count the dawn prayer, but

20  you're only required to pray five.

21  Q.  All right.  Now, in your entire life growing up Sunni

22  Muslim, when you heard the call to prayer, that was a

23  special time for you.  And five of those times, you would

24  face Mecca and pray?

25  A.  It was, sir.  It was a glorious moment.

1    Q.  And now, when you heard that call to prayer, what would

2    happen shortly after the prayer time?

3    A.  Same thing that's happening now, sir.  It irks me.  I

4    get goosebumps.  And it pisses me off, to be honest.

5    Q.  Because the men would come and interrogate you and then

6    beat you if you didn't give them the answers they wanted?

7    A.  That, and the fact that I was powerless to do anything

8    in return.

9    Q.  After seven days in this position, what happened?

10   A.  They gave me a piece of cardboard.  It felt like I had a

11   mattress.

12   Q.  And that cardboard was for the floor?  Something you

13   could sleep on?

14   A.  Yes, sir.  They also gave me clothes and they gave me a

15   blanket.

16   Q.  Did they untie your wrists from your ankles?

17   A.  They didn't do that until they fastened some chains and

18   they welded the chains together, because you could hear them

19   outside working.  They took the cuffs off and -- off my

20   hands and my feet, and they put me into this -- the

21   makeshift chain shackles that they made and they padlocked

22   them to my wrists and ankles.

23   Q.  All right.  Would they, then, take you places to

24   interrogate you?

25   A.  Yes, sir.

1    Q.  And would they have you sit in a chair and start asking

2    you questions?

3    A.  Yes, they did.  The first time was outside and it was,

4    kind of, a group thing.  I didn't realize that Amr and

5    Russell were also out there until I could hear the two of

6    them screaming in pain; in agony.

7    Q.  Do you believe that your captors were using their pain

8    and their torture in order to get information out of you?

9    A.  That's exactly what they were doing.

10   Q.  And how did that make you feel when you're responsible

11   for your brothers and you're hearing them in torture?

12   A.  It made me angry, but I also had a responsibility to

13   them.  So I answered the questions as accurate as possible.

14   Q.  What was your mindset when you're going into these

15   interrogations when you've trained soldiers for this and

16   you've thought about this a lot?  You've been in that cell

17   for seven days now, and now you're being interrogated.  What

18   was your mindset?  What was your strategy?

19   A.  If I told you anything other than being terrified, I'd

20   be lying to you.  The difference in training is, you know

21   training is going to end.  Training, they're only going to

22   go but so far.  This was real.  My mindset, too, was don't

23   take any shit, but I had to.  So the only way I could strike

24   back was smart comments.  I paid for it, but it also took

25   the attention from my brothers to me.  So they didn't hurt

1  Russell or Amr as much and they focused on me.

2  Q.  Was part of your strategy to show them that you were a

3  warrior, too, and you could be a smart aleck so they'd focus

4  more on you than the others?

5  A.  Yes, sir, it was.

6  Q.  What kinds of things did they do to try and get

7  information from you?

8  A.  They would stand on the shackles on my ankles; they'd

9  kick me in my mouth; they'd hit me with the butt-stock of

10  their weapon.  One guy grabbed my hand and put metal shears

11  on my finger and was going to cut my fingers off, but he

12  didn't ask me a question.  He just threatened to do so and

13  was about to, so I pulled my hand away, and they struggled

14  with me for a few minutes trying to get my hands -- my

15  fingers, but I refused to give them.

16  Q.  Did they also use the -- use electrical shock in their

17  torture?

18  A.  That was later at other interrogations, but not at that

19  current one when they tried to cut my fingers.

20  Q.  All right.  And what was the result of that first

21  interrogation?

22  A.  They got nothing.

23  Q.  Did they beat you up and put you back in the cell?

24  A.  They did.  They dragged me into the cell; they beat me

25  along the way; and one of the guys that was carrying me away

1    told me not to play with the guy that was questioning me

2    because he's one of the worst ones there.

3    Q.  And did this continue over the course of the next

4    several days time and time again?

5    A.  It continued for the next three weeks.

6    Q.  Did they ask you questions about weapons and strategy?

7    A.  They did.  They were trying to test not only our

8    knowledge, but also show us that they were on the same

9    level.

10   Q.  All right.  So what kinds of questions would they ask

11   you about strategy, for example?

12   A.  They would ask me what I would do or what formation I

13   would use if I was approaching a house or if I had a unit

14   that was moving through an open area or moving through an

15   urban environment, things like that.

16   Q.  Did they ask you questions about weapons systems?

17   A.  They did, but they knew that Amr was the one that was

18   the armorer, but when they asked me about weapons systems,

19   they would talk to me about RPGs, because they knew that was

20   one of the classes that I taught.  They'd ask me what the

21   maximum effective range is when the warhead would actually

22   detonate or arm.  And with an RPG, it only arms at 65 feet.

23   So if it hit anything before that, it will not detonate.

24   Q.  Did you give them correct information or false

25   information?

1    A.  Sometimes I would give them false information to test

2    their knowledge, as well.  So it was, like, a little game

3    that we played back and forth.  It helped keep my mind

4    sharp.

5    Q.  Did you ever give any classified information to them?

6    A.  No, sir.

7    Q.  And were they also trying to prove to you that they knew

8    more than you did and they were talking to you about their

9    weapons systems and strategies?

10   A.  Yes, sir, they did, and they would boast about receiving

11   special forces training in Iraq and in Lebanon with Lebanese

12   Hezbollah.

13   Q.  And did they boast about whether or not they were

14   trained by the Qods Force?

15   A.  Yes, sir, they would.  It's a badge of honor for them.

16   Q.  Did they tell you where some of their weapons came from?

17   A.  Yes, sir.  They would say Iran.  Iran finances them.

18   They'd even warn us about invading Iran or even attempting

19   to invade Iraq again, because they said they were -- that

20   they were ready.

21   Q.  All right.  Now, I'm going to fast-forward a little bit.

22   At some point in time, did they ask you to give a video?

23   A.  Yes, sir.  We were forced to make videos.

24   Q.  And when you say, We, did that include Amr and Russell,

25   as well?

1    A.  Yes, sir.  We had to do them individually.

2    Q.  And did they tell you what you were to say in the video?

3    A.  They, pretty much, dictated what it was, not word for

4    word, but they told us what they wanted the overall message

5    would be.

6    Q.  Did they take the handcuffs off and the ankle cuffs off

7    for the video?

8    A.  Yes, sir, they did.  They actually -- that was the first

9    time they allowed us to bathe in about three weeks.

10   Q.  So this was about three weeks into your captivity?

11   A.  Yes, sir.

12   Q.  Did they take the -- they took the blindfold off as

13   well, I take it.

14   A.  Yes, sir, but they had -- their faces were covered.

15   Q.  And what were the things they asked you to say in the

16   video?

17   A.  They wanted us to give praise to Muqtada Sadr, thank him

18   for our release because, according to them, they said that

19   he interceded on our behalf and was advocating on our

20   behalf -- advocating our release, and that we owe our lives

21   and our freedom to Muqtada Sadr.

22   Q.  And anything else they told you to say in the video?

23   A.  To warn the United States or any of its allies from

24   attempting to invade Iraq or Iran.

25   Q.  And did you do these things that they asked you to say?

```
 1    A.  Yes.

 2    Q.  And why did you do them?

 3    A.  Just wanted to leave.

 4    Q.  Did you believe that, after you recorded this video, you

 5    might actually get out of there?

 6    A.  I did.

 7    Q.  And did they allow you to get out after that?

 8    A.  Eventually.

 9    Q.  All right.  How many days later?

10    A.  Almost a week-and-a -- about a week.  Just over a week.

11    Q.  Did the interrogations and the tortures continue after

12    that?

13    A.  No, sir.

14            (Brief pause.)

15            MR. SINGER:  Your Honor, may I have one second?

16            THE COURT:  Yes.

17            (Brief pause.)

18    BY MR. SINGER:

19    Q.  As part of their attempts to intimidate you and

20    interrogate you, did they -- were there any mock executions

21    involved?

22    A.  Since the day we got there.

23    Q.  And what would that be like?

24    A.  They'd put a pistol to my head and pull the trigger.

25    They would pretend to load the weapon and pull the slide
```

1    back as if it was locked and loaded and put it to my head,

2    pull the trigger.  Sometimes when I was able to get some

3    sleep, I'd wake up to a knife or machete to my throat, them

4    threatening to cut my head off, put me in an orange jumpsuit

5    and put it on YouTube so my kids could see it.

6    Q.  Did they also talk to you about your religious beliefs?

7    A.  They did.  They considered me a second-class citizen.  I

8    was no better than a dog to them.  I'm a traitor.

9    Q.  Why did they say that?

10   A.  Because I'm an American and I'm a Muslim.

11   Q.  And what about the fact that you're a Sunni Muslim?

12   A.  That makes it even worse.  To them, shedding my blood is

13   holy.  It's a right.

14   Q.  Were you able to count the days in captivity?

15   A.  Yes, I did so by the adhan.  Every morning, there was a

16   dawn prayer.  It's called the Fajr, and that's how I would

17   count the days.

18   Q.  How many days, then, total were you in that hogtied

19   position?

20   A.  About seven.

21   Q.  And then how many days in addition to that were you

22   still in that small cell?

23   A.  Two more weeks.

24   Q.  All right.  And during that two weeks, what was your

25   status?  How did they have you tied up?  And what, you know

1   -- what amenities, if any, did you have in the cell during

2   that two weeks?

3   A.  Well, I actually got two meals a day and a little more

4   water or urine, whatever you want to call it.  And my hands

5   and feet were -- they were still bound, but at least my

6   hands were in front of me.  So the circulation was a little

7   better, but my hands and my feet were still purple.  It

8   would take me a few minutes to stand up.  They wanted to

9   make sure that we wouldn't be able to fight or resist.  They

10  were definitely afraid of us.  Whenever -- the couple times

11  that I was escorted to the bathroom after that, there would

12  be about three to four guys that would take me to the

13  bathroom, and I was able to assess that because they would

14  tell me to go one way; I would go another.  I'd pretend to

15  fall down to see how many guys picked me up; I'd grab them;

16  try to assess their strength; how big they were so I could

17  size them up.  In the event that something happened and I

18  had to fight for my life, I could figure out whose neck I

19  should wrap my chains around first.

20  Q.  And this whole time, your hands are shackled in front of

21  you?

22  A.  Yes, sir.

23  Q.  And your legs were shackled, as well?

24  A.  That gives me a better chance to fight.

25  Q.  And you're blindfolded?

1    A.  Correct, but I can still smell them and I know where

2    they're at.

3    Q.  Now, in the beginning, you said that during the first

4    interrogation, you were outside and you could hear Amr and

5    Russell, as well?

6    A.  Yes, sir.

7    Q.  Were there other interrogations where you could hear Amr

8    and Russell?

9    A.  No, but I would just hear their screams.

10   Q.  All right.  That --

11   A.  So I know that they were hurting them.

12   Q.  After -- were they asking you questions that you could

13   not possibly answer?

14   A.  Yes.

15   Q.  Like what?

16   A.  They were asking what our -- the United States

17   Government's intentions were for Iran; what the intentions

18   for the future with Iraq are; or if they had any -- what

19   their military intentions are, things that we had no clue

20   because we were not there in that capacity.  I tried to

21   explain to them that we were only there as instructors.

22   We're there to just teach.

23   Q.  So when you mentioned Iran, you mean what the U.S.

24   intentions were with regard to Iran?

25   A.  Yes, sir.

1    Q.  All right.  When you would tell them you didn't know;

2    you're just an instructor, did they accuse you of working

3    for any intelligence agencies?

4    A.  Yes, sir.  They thought that I was Mossad.

5    Q.  And what is Mossad?

6    A.  It's an Israeli intelligence service.

7    Q.  And what did you say in response to that?

8    A.  I laughed.

9    Q.  After two weeks in that cell with your hands cuffed but

10   not behind you, in front of you, and blindfolded, the

11   interrogations, what happened next?

12   A.  Well, they would still take us in for questioning.  They

13   had a trailer that they would use, and I believe that may

14   have been one of the places that I heard the agonizing

15   screams of Russell and Amr because, in that room, they had a

16   hook that they can hang you from and they had a chair that

17   was mounted to the wall -- it was about three feet up in the

18   air, maybe, four -- that had straps on it that, clearly,

19   they used for torture because there was blood stains and

20   splatter all over the walls and the floor.

21   Q.  Did they -- you have your blindfold off at that time?

22   A.  Yes, sir.

23   Q.  All right.  Were you ever put in that chair?

24   A.  No, I was hung from the ceiling.

25   Q.  Tell the Court what happened with that.

1    A.   They connected a car battery and they had a sponge with

2    water.   They would splash water on me and they would

3    electrocute me.

4    Q.   All right.   And did those shocks last for long periods

5    of time?

6    A.   It felt like forever.

7    Q.   And how often did this happen?

8    A.   It happened twice.

9    Q.   And you saw inside that trailer.   Were -- the men that

10   were torturing you, were they wearing face masks?

11   A.   Yes, sir, they were.

12   Q.   Did you see any murals or anything to identify --

13   A.   Yeah, it's the same exact place we did the videos.   The

14   Iranian flag was in there.   They had a mural of Muqtada Sadr

15   and an Iraqi flag, to include the flag of Saraya al-Salam.

16   Q.   What events, Mr. El-Maadawy, led up to your release?

17   A.   Honestly, I have no idea.   I don't know how our release

18   was coordinated.   I don't know.

19   Q.   From inside the prison cell, when did you first have any

20   idea that you might be getting out?

21   A.   Amr developed a rapport with the commander -- the guy

22   that was in charge of the people that were baby-sitting us,

23   I guess, or guarding us -- and he told Amr that we're going

24   to be released.

25   Q.   And was that a day or two before you were actually

1    released?

2    A.  It was.

3    Q.  How did Amr get that word to you?

4    A.  After he left, Amr came to me and told me that, We're

5    going to get out of here --

6    Q.  All right.  Were you --

7    A.  -- because before that, he was pretty shook up.  He was

8    confident that we would not leave, as was Russell.

9    Q.  And when you say came to you, were you all in the same

10   cell, then?

11   A.  Yeah, at that time.  Yeah, the last few days, we were

12   all together in one room.

13   Q.  And what was that room like?

14   A.  It was a pretty big sized room; had four beds in it.  We

15   had a -- actually had mattresses.  There was a carpet in the

16   middle and a big bucket with logs and -- well, burning logs

17   and coal to keep us warm.

18   Q.  Was this at the same facility or did they move you to a

19   different facility?

20   A.  I believe it's the same facility that we were in.

21   Q.  Was Abu Marina in there with you at that time?

22   A.  Yes, he was.

23   Q.  Did you ever hear or did you ever see him being tortured

24   by the men that took you captive?

25   A.  No, I'd just hear them threaten him and they would pull

1    him out of his cell regularly, but I had no idea if they

2    were -- if it was an act or not.  I had no idea.

3    Q.  All right.  Now, a couple of days after Amr said you

4    were going to be released, what happened?

5    A.  They allowed us to take another shower.  They actually

6    gave us hot water this time.  So it was pretty nice.  We

7    were able to shave, get haircuts, and they gave us brand-new

8    uniforms and boots.

9    Q.  And when you say, Another shower, the first shower was

10   before you recorded the first video?

11   A.  Yes, sir, in ice-cold water.

12   Q.  And did you have any other showers during the time that

13   you were captive?

14   A.  No, sir.

15   Q.  All right.  So when you got this warm shower and they

16   gave you some clothes to wear -- some clean clothes, did you

17   know at that point in your mind, "We're getting out of

18   here"?

19   A.  I was hoping that it would be true and that it wasn't

20   some psychological game and they were going to take us

21   outside and kill us.

22   Q.  All right.  Where did they take you?

23   A.  They -- well, before we can get to that, there was --

24   they moved us around three or four times to different

25   locations because we could hear black head -- Black Hawks

 1      overhead.  And, of course, we're the only -- one of the few

 2      forces that uses Black Hawks.  So that only tells us that

 3      our boys were close.  So of course, they would be afraid and

 4      they would move us to a different location.  So one of the

 5      times when they were bringing us back to the original

 6      location, they took Amr and I on this -- maybe, on about a

 7      two, three-hour ride, and they were playing this song, and

 8      it was a morbid Arabic song talking about a mother that lost

 9      both her sons and she lost both her sons to the fighting,

10      and I was under the impression that was their way of telling

11      us that they were going to kill us.  So Amr and I, of

12      course, couldn't talk but rubbed elbows back and forth where

13      I knew he knew what I meant.  Like, if they're going to stop

14      and they've already dug some graves, we're going to fight.

15      Q.  And did they stop?

16      A.  No -- well, they did briefly.  So they were -- it was

17      another one of their psychological games.

18      Q.  And they stopped.  But you didn't -- a fight didn't

19      break out and you made it back to the facility?

20      A.  Yes, sir.

21      Q.  All right.  And then tell us what happened on the day of

22      your release.

23      A.  They drove us out to the side of a road.  It was some

24      highway -- well, before we got to that highway, they took us

25      to a trailer, and I don't want to assume what that location

1    was, but there were bunkbeds in there.  So I'm just assuming
2    it was some sort of -- maybe, a guard building or a barracks
3    of some sort that they were using.  And a guy came out
4    to not so much greet us but speak to us, and he claimed that
5    he was the right-hand man of Muqtada Sadr.  And he went on
6    this long spiel about freedom and fighting for freedom and
7    defending your country and the right -- some religious
8    rights to defend their country and some other nonsense.  I,
9    kind of, tuned out because I thought it was silly, but Amr
10   actually translated what he was saying to Russell in
11   English.

12            So after that, they put us back in the truck and
13   they drove out to the roadside of a highway where they told
14   us we could take off our blindfolds, and the driver
15   especially was begging -- well, he was yelling, Don't look
16   at me.  Don't look at me.  The first thing we did was look
17   at his face in the mirror just so I can capture that image
18   in my mind.  And shortly after, we were told to step out of
19   the vehicle and Iraqi intelligence guys met us and they were
20   armed with American weapons.  They had M4s.  And they loaded
21   us up into armored Suburbans which I later learned that the
22   other gentleman that was in the other Suburban was an Iraqi
23   senator or Iraqi congressman that is tied to this network.
24   Q.  All right.  So they loaded you and Amr, Russell, Abu
25   Marina up into two different Suburbans?

```
 1    A.  Correct.  So Amr and I were in one Suburban and Russell

 2    and Abu Marina were in the other.

 3    Q.  And these were Iraqi national forces --

 4    A.  Correct.

 5    Q.  -- right?  Intelligence --

 6    A.  These --

 7    Q.  -- forces?

 8    A.  These were Iraqi intel guys, yes.

 9    Q.  And your understanding is -- you learned later that the

10    person in the other Suburban was an Iraqi senator?

11    A.  Yes, sir.

12    Q.  And what party was he a part of?

13    A.  I honestly don't know, sir.

14    Q.  All right.  Where did they take you to next?

15    A.  They took us to the Iraqi Director of Intelligence's

16    home in the Green Zone.

17    Q.  And once you were inside the Green Zone in his home,

18    what were you thinking?

19    A.  Well, we were thinking, finally, this is it.  We're

20    actually done with this.  We're -- I mean, we're out of

21    there.  So I think we're home free.

22    Q.  And what did he tell you?

23    A.  He told us that they had a press conference scheduled

24    for us and they wanted to get us in front of these cameras

25    to answer questions to Iraqi journalists.
```

1    Q.  All right.  Did he tell you what kind of answers he

2    wanted you to give?

3    A.  He was going through a little speech and a spiel about

4    how their Special Forces units were able to track us down,

5    locate us and free us, and we just chuckled.  We were like,

6    There's no way that we're doing this.  The Minister of

7    Defense was there, the Minister of Interior, and some other

8    Iraqi officials that I didn't recognize.  So we just

9    continued to just stall and let him talk and, as that was

10   happening, a U.S. SOF team showed up from the embassy to

11   collect us.

12   Q.  What is a U.S. SOF team?

13   A.  Special operations.

14   Q.  All right.  And what --

15   A.  They're, like, a Green Beret team or Special Forces

16   team.

17   Q.  All right.  And they came into this office where you

18   were being held at that time?

19   A.  Yes, sir, they did, and each one of the team members was

20   assigned to one of us.  So the guy came up to me, identified

21   himself, and he asked to see my tattoos and other scars that

22   he can identify me.  He asked me what my code word was.  And

23   this is all the stuff that we did from SERE, the Survival,

24   Evasion -- well, Survival, Resistance and Escape training.

25   Q.  And did they take Abu Marina with them, as well?

1    A.  Not initially.  They only took Abu Marina because I

2    refused to leave without him.

3    Q.  Why did you refuse to leave with without him?

4    A.  Because, in retrospect, looking at everything, I knew

5    that he was the key to this entire thing.  I believed that

6    he double-crossed us.

7    Q.  And did they, then -- when you left, did they have Abu

8    Marina in custody with them?

9    A.  They sure did, because I was going to go get him one way

10   or another.

11   Q.  And when they took him away, did you ever see him again

12   after that point in time?

13   A.  No, sir.

14   Q.  And do you know what happened to him since then?

15   A.  No, sir.

16   Q.  As you were driving away with this team that had rescued

17   you, how did they treat you and how did they treat Amr and

18   how did they treat Russell?

19   A.  Well, they didn't actually rescue us.  We were handed

20   over to them.  I would define a rescue as -- them coming to

21   the location where we were when I was in chains, fragging

22   the place, flash bang, kicking in the door, killing

23   everybody there and pulling us out would be a rescue in my

24   opinion.  That didn't happen.  But nonetheless, they did

25   transport us --

1    Q.  I stand corrected.  When they came to pick you up --

2    let's put it that way.

3    A.  Yes.

4    Q.  When they came to pick you up, how did they treat you

5    going back to the base?

6    A.  That's better.

7            They treated Amr and I a little different.  They

8    had a vehicle set up with -- for Russell.  They allowed

9    Russell to sit in a chair in the front, and they gave him an

10   American flag.  They put Amr and myself in the back of the

11   truck like cargo.

12   Q.  And why do you think they treated you differently than

13   they treated Russell?

14   A.  Same reason that the Iraqis treated us different.

15   Q.  Which is?

16   A.  We're second-class citizens.

17   Q.  Did you feel like you had done everything you could for

18   your country during that time in captivity?

19   A.  I did.

20   Q.  And did you feel like you hadn't given any classified

21   information and you suffered greatly for that?

22   A.  I did not give them anything, sir.

23   Q.  And did you feel like you were being treated

24   commensurate with the courage and stamina you had shown

25   during that time in captivity?

```
 1    A.  I think that I conducted myself that way, but I don't

 2    believe I was treated that way when I came home, no.

 3              MR. SINGER:  Judge, we're about to go into the

 4    effects that this has had on Mr. El-Maadawy.

 5              THE COURT:  Okay.

 6              MR. SINGER:  It may be a good time to take a

 7    break.  I probably have a half-hour.

 8              THE COURT:  All right.  Can I ask you just a

 9    few --

10              MR. SINGER:  Oh, absolutely.

11              THE COURT:  -- follow-ups on that --

12              MR. SINGER:  Sure.

13              THE COURT:  -- segment, and then we'll take a --

14              MR. SINGER:  Yes, sir.

15              THE COURT:  -- 10-minute break.

16              A couple of just real simple things.  You

17    mentioned SATMO.  Can you describe to me, again, what that

18    is.

19              THE WITNESS:  SATMO is the Special [sic]

20    Assistance Training Management Organization.  It's part of

21    the Department of Defense.  It falls under the Army.

22              THE COURT:  All right.  It's part of -- it's a

23    United States Government component?

24              THE WITNESS:  Yes, sir, it is.

25              THE COURT:  Okay.  That's -- you testified in a --
```

1      on a couple of occasions that you recognized the Saraya
2      al-Salam flag --
3                    THE WITNESS:  Yes, sir.
4                    THE COURT:  -- at locations where you were being
5      held.  Is that -- so that's -- that is a flag that, prior to
6      this time that you were abducted, you were familiar with?
7                    THE WITNESS:  Yes, sir.
8                    THE COURT:  How did you become familiar with it,
9      just generally?
10                   THE WITNESS:  A lot of the work that we were
11     doing, sir, like I said, was part of attacking the network,
12     and attacking the network was -- at the time, we called them
13     insurgents.  These insurgents eventually became terrorist
14     organizations and those were their colors, pretty much, just
15     like gangs back in the U.S., red, blue, Crips, Folk Nation
16     and all that stuff.  Well, they have their flags as well,
17     sir, just like al-Qaeda, Taliban and so forth, sir.
18                   THE COURT:  So just through your job --
19                   THE WITNESS:  Yes, sir.
20                   THE COURT:  -- basically, and being there --
21                   THE WITNESS:  Experience, sir.
22                   THE COURT:  -- you became familiar -- through
23     those experiences --
24                   THE WITNESS:  Yes, sir, just --
25                   THE COURT:  -- you became familiar --

1          THE WITNESS:  -- just like Hezbollah has the flag

2     with the fist, but -- that's written in Allah with an AK,

3     same concept, sir.

4          THE COURT:  All right.  You mentioned on a number

5     of times, finally, that -- you just, sort of, touched on

6     it -- that you were beaten on various occasions.

7          THE WITNESS:  Yes, sir.

8          THE COURT:  Can you go in a little bit more

9     detail, talk about what was used to beat you, for how long,

10    you know, those kind of details.

11         THE WITNESS:  Time was, kind of, a concept that

12    was pretty much up in the air for me, sir.

13         THE COURT:  Sure.

14         THE WITNESS:  Your Honor, I couldn't -- I mean, I

15    didn't have a watch or anything --

16         THE COURT:  No.

17         THE WITNESS:  -- but, again, because I was

18    blindfolded, I have no idea who was hitting me, but you can

19    tell when someone is putting a boot to you, and you can tell

20    the difference between a kick, a stomp, a punch, the

21    butt-stock of a weapon because, of course, you hear the

22    weapon.  They would stand on my ankles.  They would stand on

23    the cuffs.  The cuffs were already tight.

24         The worst part was when you're -- when I was

25    getting beaten, I was naked, because I'm even more

1    vulnerable.  The only upside to it -- being nude and being

2    hogtied -- is that I wasn't going to get raped, and that was

3    actually -- and it was a fear because, in that culture, one

4    of the ways that they show dominance would be to rape

5    another man.  So I'm pretty fortunate I wasn't exposed to

6    that.

7         I still have calluses on my knee and my ankle and

8    my shoulder where I put the majority of my weight because --

9    and, again, I'm on concrete and I'm naked, but it's the only

10   way that I can keep my wrists and the cuffs on my ankles

11   from locking, because they never double-locked them.  So the

12   slightest movement, they'd get tighter.

13        And, again, this isn't something you can train

14   for.  And when you're laying there for hours upon hours,

15   time has no meaning.  It felt like I was in the worst

16   nightmare and I couldn't wake up.

17        THE COURT:  So when you just described being able

18   to tell, even when blindfolded, when you're being kicked --

19        THE WITNESS:  Yes, sir.

20        THE COURT:  -- when you're being hit with a

21   weapon --

22        THE WITNESS:  Yes, Your Honor.

23        THE COURT:  -- when you're being -- all -- are you

24   telling me that all those different things happened at --

25        THE WITNESS:  Yes.

```
 1                    THE COURT:  -- different times --

 2                    THE WITNESS:  Yes, Your Honor.

 3                    THE COURT:  -- and you could tell the difference

 4       between them?

 5                    THE WITNESS:  Yes, Your Honor.  That's why some of

 6       my teeth are missing now and some of them are cracked; that

 7       I'd get kicked in the mouth; a guy would stand on my head;

 8       kick me in the side of my head; my guts, of course; and my

 9       arms, elbows and so forth.

10                    THE COURT:  Okay.  I don't have any further

11       questions.

12                    MR. SINGER:  Thank you, Your Honor.

13                    Waiel, let's take a --

14                    THE COURT:  Yeah.

15                    MR. SINGER:  -- short break.

16                    THE COURT:  Let's --

17                    THE WITNESS:  Thank you.

18                    THE COURT:  Let's take 10 minutes.

19                    MR. SINGER:  Yes, sir.

20                    THE DEPUTY CLERK:  All rise.  This Honorable Court

21       stands in recess for 10 minutes.

22                    (Brief recess taken.)

23                    THE COURT:  Please, if you'll begin, Mr. Singer.

24                    MR. SINGER:  Thank you, Your Honor.

25       BY MR. SINGER:
```

1    Q.  Mr. El-Maadawy, before we get into the effects that this

2    captivity had on you, I realize that I left out just the

3    tail end of that story of your captivity.  Were you flown to

4    an American base in Germany?

5    A.  Yes, sir.  We were flown to Landstuhl.

6    Q.  And were you questioned there?

7    A.  We weren't actually questioned.  We were more

8    interviewed, if you will.  They -- by different American

9    agencies that were just trying to learn what happened to us

10   during captivity so they could make modifications to their

11   training and, of course, continue to try to investigate and

12   find the guys that were responsible for what happened.

13   Q.  And as part of this debriefing or questioning process,

14   did -- were you shown photographs of possible suspects that

15   they thought might be involved in this?

16   A.  Yes, sir, but we were actually shown those photographs

17   while we were in the U.S. Embassy Compound.

18   Q.  Oh, okay.  Before you were flown to Germany?

19   A.  Yes, sir.  Once we were brought on to the U.S. Embassy

20   Compound, we were immediately taken to the medical unit and

21   they did, like, a preliminary or a cursory medical check of

22   us; they allowed us to bathe; and we were able to shave and

23   put on our own clothing.  So I guess they got with some of

24   the guys on our team and brought some of our personal

25   belongings.

1   Q.  And when you looked at those photographs at the U.S.

2   Embassy Compound, did you see anybody that you recognized

3   from your time in captivity?

4   A.  Yes, I recognized a couple of guys.  I know Amr

5   recognized several guys, as did Russell.

6   Q.  And were you told whether or not at that time any of

7   those men were associated with any militias?

8   A.  Yes, they all were.

9   Q.  Then when you went to Germany, were you treated in

10  Germany for your injuries?

11  A.  Yes, sir.  They -- again, they conducted a -- well, they

12  did a full medical exam on us then, and we were treated for

13  what -- some of the things that they could treat us for.

14  Q.  All right.  So I want to ask you about some of the

15  impacts of this, and we're going to start with the physical

16  injuries.  Let's start with the nerve damage, if any, that

17  you suffered from result of the handcuffs and the cuffs

18  around your ankles.

19  A.  Yeah, I sustained nerve damage to both of my hands and

20  my feet, and my hands and my feet go numb regularly -- well,

21  I just had surgery on my right hand.  So the scar is still

22  healing.  It's about a month old.  My hand no longer goes

23  numb, but the -- my left hand and my -- both my feet still

24  do.

25  Q.  Has the doctor told you whether or not you'll have to

1    have surgery on that left hand?

2    A.  Yes, sir.  I will need surgery on both.  I was diagnosed

3    with it.

4    Q.  And do you plan on having surgery on your feet, as well?

5    A.  I do, sir.

6    Q.  And do they think that that surgery will help correct

7    this numbness that you have?

8    A.  According to the diagnosis I received, yes, sir.

9    Q.  All right.  And why haven't you had surgery yet?  It's

10   been almost three years.

11   A.  Well, it -- saved the money for this, and it cost me

12   about $13,000 to do my right hand.  So it's going to take me

13   a little long to get the money together.

14   Q.  Did you have health insurance that would cover this

15   surgery?

16   A.  Well, the DBA was supposed to cover it, but they haven't

17   paid a dime for any of my treatment.  So I just -- I do what

18   I can.  I basically do pain management.

19   Q.  All right.  Is the DBA, like, a workers' comp insurance

20   for contractors that are working overseas?

21   A.  That's exactly what it is.  It's just not very good.  It

22   needs to be modified.  It hasn't been changed -- the law --

23   since 1864 when it was written.

24   Q.  Are you still in the process -- the DBA process?

25   A.  I am, sir.  I am scheduled for mediation next month.

1    Q.  All right.  And your hope is that once the -- that

2    process is resolved, they'll help pay for the medical

3    surgeries that you need?

4    A.  Yes, sir, that is my hope.

5    Q.  In addition to the nerve damage in your wrists and in

6    your ankles, what other physical injuries did you suffer

7    during your time in captivity?

8    A.  Well, to my teeth, of course; my shoulders; my lower

9    back; my elbows; my knees; and my ankles.

10   Q.  Were any of your bones broken during that time?

11   A.  No, I was very fortunate.

12   Q.  How about the back pain?  Tell the Court how long that

13   has continued and whether it's still going on.

14   A.  The back pain has gotten worse just because of the

15   positions that I was forced into and the manner that I

16   just -- when I was hogtied and when I was also confined.

17   They're just -- I couldn't stretch out.  It was freezing

18   cold weather.  So I mean, at the slightest cold, I get

19   chills.  I can't take the cold anymore, unfortunately.

20   Q.  Are you taking any kind of medication for the pain?

21   A.  I am, sir.  I can't pronounce them all because they're,

22   kind of, big names.  Sorry.  But I do take a lot of

23   different painkillers.

24   Q.  Can you tell the Court some of the ones that you know

25   for sure you're taking.

```
1    A.  I know I take gabapentin.  I also take a -- like, an

2    ibuprofen, acetaminophen, another one with codeine in it.

3    It's pretty strong.  And --

4    Q.  Are you taking tramadol, as well?

5    A.  Yes, that's it.  I forget that one all the time.

6    Tramadol.

7    Q.  And are some of these for the nerve pain?

8    A.  Yes, sir.  The gabapentin, I believe, is.

9    Q.  And are some muscle relaxers?

10   A.  Yes, sir.

11   Q.  And do you take those on a daily basis?

12   A.  Yes, sir.  If I told you the number, it's, kind of,

13   frightening, but I -- I'm a bigger guy.

14   Q.  Is all this in consultation with a pain management

15   clinic and a doctor that's prescribing this?

16   A.  Yes, sir, it is.

17   Q.  And where do you get that treatment where you live?

18   A.  I get it through the med unit at the U.S. Consulate.  I

19   also see a therapist over there that will actually come to

20   my home and will do physical therapy for my shoulders, my

21   back, my neck and my elbows.

22   Q.  And how much physical therapy are you doing on, let's

23   say, a weekly basis?

24   A.  About three times a week.

25   Q.  Are there limitations you have in terms of range of
```

1   motion, things you can't do as a result of these injuries?

2   A.  Yes, sir.  I can't actually, like -- I can't jog for

3   long distances anymore.  I can't really carry, like, any

4   load-bearing equipment.  I can barely do a push-up.  There's

5   some exercises I just cannot do.  I can't squat; I can't

6   deadlift; I can't bench; I can't do overhead press.  So I

7   mean --

8   Q.  Are you able to --

9   A.  -- it really limits --

10  Q.  Are you able to lift your arms over your head?

11  A.  I can, but not very high without my shoulders really

12  hurting.

13  Q.  Before the captivity, you mentioned you worked out a

14  lot.  Can you give the Court just an example, like, you

15  know -- how much were you bench pressing?  And how much were

16  you working out?

17  A.  Well, I was deadlifting about 500 pounds.  I could squat

18  400.  I was benching 405.  I could run, jump.  I did a lot

19  of grappling.  I was a wrestler in college and high school.

20  So --

21  Q.  And --

22  A.  -- I can't do any of that now.

23  Q.  What were you -- what was your weight before the

24  captivity?

25  A.  I weighed about 235.  Muscle.

1    Q.  Did you lose weight during the captivity?

2    A.  I weighed 175 pounds.

3    Q.  And what do you -- and 175 at the end of the captivity?

4    A.  Yes, sir.  That's a hell of a diet plan.

5    Q.  And then how much do you weigh now?

6    A.  I'm 205.

7    Q.  What activities -- you mentioned you can't do the

8    weights; you can't run anymore.  Are there other activities

9    that you're not able to do as a result of these injuries?

10   A.  Well, I can't do any ground fighting.  I can't do any

11   judo or grappling, Brazilian jiu-jitsu.  I love that stuff.

12   It also helps me keep my skills sharp.

13   Q.  Would you be able to do the kind of training you did

14   before the captivity?

15   A.  No, sir.

16   Q.  All right.  Since the time of your release, have you

17   been working on a full-time basis?

18   A.  No, sir.

19   Q.  Do you plan on someday getting back to work on a

20   full-time basis?

21   A.  I would like to if I can get the proper treatment and

22   medical care, yes.

23   Q.  All right.  And are you also trying to get medical care

24   for your back as well as your nerve damage?

25   A.  I am, sir.  I'm still fighting that with the DBA.

1    Q.  All right.  Are you able to do some short-term contract

2    jobs?

3    A.  I am, as long as there's no physical labor or physical

4    requirements.  Like, I can teach a class, but I can't stand

5    up for eight hours.  No.

6    Q.  Give the Court an example of the kinds of one-off

7    contract jobs you've been able to do these last three years.

8    A.  I've done a couple of short stints with a company called

9    Lukos teaching KLEs.  KLEs are key leader engagements.  And,

10   basically, I would take on a role of a -- either a local

11   Special Forces Colonel or other officer, and I'd also play

12   the role of a -- like, a shadow governor or another local

13   official, and I would interact with the Marines or the

14   Special Forces guys that I'm dealing with to show them and

15   teach them how to develop a rapport with the locals and how

16   to -- not develop them into a source but figure out

17   different ways that they could negotiate and -- for things

18   that they need done and be able to build a rapport so they

19   can conduct operations and get information from one another.

20   Q.  And how long would those kinds of contracts last?

21   A.  Typically, three to four days.

22   Q.  And how -- approximately how many of those have you done

23   in these last three years?

24   A.  I did two a year.

25   Q.  Now, in addition to the physical injuries, how has this

1    affected you emotionally and psychologically?  Let's start

2    with the emotional side of things.  Are you getting

3    counseling now?

4    A.  I am.

5    Q.  And have you been diagnosed with anything

6    psychologically as a result of this captivity?

7    A.  Well, I'm seeing two different -- I'm seeing a therapist

8    and I'm also seeing a psychiatrist.  The psychiatrist gives

9    me happy pills that make me more mellow and helps me sleep

10   at night because sometimes I can't.  I'm also -- I'm doing

11   therapy individually and with my wife.

12   Q.  All right.  Have you been diagnosed with PTSD as a

13   result of this?

14   A.  Yes, sir.

15   Q.  How has it affected your sleep?

16   A.  I don't sleep much.  A couple hours.  I keep thinking

17   about what I could have done differently.  Russell's gone.

18   That's another thing.  I mean, could we have avoided it?

19   Was there another way to keep them from this happening?  I

20   mean, I just don't think he -- this shouldn't have happened.

21   Q.  Did you have nightmares after you came back to the

22   United States?

23   A.  I still have them.  I have them during the day, not just

24   at night.  The faces always come.

25   Q.  And what about trigger events?  Are there events that

1   suddenly trigger memories of this?

2   A.  Yeah.  I don't watch any war movies.  I don't watch

3   action movies.  Hell, even the call to prayer, as sad as

4   that is, because it's my own religion.  There's certain

5   Arabic music, especially the sad, depressing music that the

6   Iraqis and the -- well, the Shia Iraqis listen to.  And I'm

7   sure Amr can attest to that.

8   Q.  And you said that it's basically made the call to prayer

9   now a trigger event in your life?

10  A.  Yes, sir, it is.

11  Q.  How has it affected your relationship with your wife,

12  BilQis?

13  A.  Initially, it was affecting it pretty negatively, but

14  now that we've been doing marital counseling, our

15  relationship is getting better.  She was -- I guess, as my

16  wife, she wants to be more involved, but it's difficult to

17  explain to her what I'm going through without appearing

18  weak.  As a husband; as a man, you're supposed to provide

19  your spouse with security and safety.  But when you're the

20  one that's broken, what do you really provide?

21  Q.  Has it always been hard for you to open up and let out

22  your emotions?

23  A.  Well, I mean, I'm doing it in front of a bunch of people

24  I don't know.  So -- it is.

25  Q.  Yeah.  This is a very rare event; isn't it?

1    A.  Yeah.

2    Q.  And was it hard for you, when you first came back and

3    you and BilQis were together, to really talk to her about

4    what had happened?

5    A.  I would try not to scare her because -- I mean, if I

6    really opened up to her and told her what was really

7    happening -- I mean, I -- how broken am I?

8    Q.  And how does she react to your, kind of, going in a

9    shell and not being willing to talk about it?

10   A.  She didn't like it, but she made some valid points.

11   She's still there.  She's very supportive.  She's caring and

12   loving and I'm very lucky to have her.

13   Q.  And do you feel like that relationship now, through

14   counseling and through talking through some things, is

15   getting better and stronger?

16   A.  Absolutely, it is, and it's just sad to say that it took

17   this.

18   Q.  Well, it's, you know -- it's -- you understand that most

19   people that go through even a fraction of what you have gone

20   through, a marriage doesn't survive.  But your marriage is

21   surviving and growing stronger; is that the case?

22   A.  I'm very lucky.  Yes, sir, it is.  I have a good woman

23   with me.

24   Q.  And what about your kids?  What's the relationship like

25   with them post-captivity?

```
 1    A.  Oh, the kids are -- they're overprotective.  I don't

 2    only just do this line of work because it's my calling; it's

 3    my profession, I do it because I don't want my children

 4    doing it.  Terrorism isn't going anywhere, ladies and

 5    gentlemen.  It's the new direction.  We're going to live

 6    with it just like the Israelis do.  I don't want my boys

 7    fighting this fight.  I'd sacrifice myself for my kids.

 8    Absolutely.  But this is one of the reasons that I do it,

 9    but I'm --

10    Q.  Do you have --

11    A.  -- also a patriot.

12    Q.  Do you have flashbacks?

13    A.  All the time.

14    Q.  And what happens when you have those flashbacks?

15    A.  Pull into myself.  I get quiet.  I don't do anything

16    violent or anything.

17    Q.  Has this affected you emotionally?  Have you noticed a

18    change in your own emotional swings?

19    A.  Yeah, sometimes.  I hate to admit this, but sometimes I

20    cry uncontrollably for no apparent reason.

21    Q.  Are those episodes becoming less?

22    A.  No.

23    Q.  And what happens when you break down like that and cry?

24    How do you get through that?

25    A.  Discuss it with my wife; then I discuss it with my
```

1    therapist.  Sometimes I reach out to Amr.  I'll speak to

2    him.  I have a couple of other buddies that are -- also have

3    been traumatized.  They were in combat and they have PTSD.

4    They ran around doing some of the same stuff.  So I talk to

5    my buddies that are close to me that I know have shed the

6    same blood and the same mud because they understand.

7    They've been there.  They're warriors.

8    Q.  Do you struggle with depression at all, sir?

9    A.  At times, yes.

10   Q.  Did you ever struggle with depression before the

11   captivity?

12   A.  No, I had a wonderful life.  I still do, actually.

13   Q.  Do you have any medication for anxiety or depression?

14   A.  She gives me happy pills.  I don't know what they're

15   called, but --

16   Q.  And do they help?  Do you stay on that regimen?

17   A.  When I'm taking them, yes, sir.  They make me very

18   mellow.

19   Q.  And do you like the way you feel when you're on those

20   pills in terms of being mellow, or would you rather just go

21   back to the way it was and not have to take those pills to

22   live your life?

23   A.  I hate taking drugs.  I'm not a drug addict.  I don't

24   want to take anything.  I just want to be normal again.

25   Q.  And how much counseling are you getting now, sir?

1    A.  I speak to a counselor twice a week.

2    Q.  How about your social interactions, you know?  Outside

3    your group of buddies that you talked about and your wife

4    and your immediate family, how has this affected your social

5    interactions?

6    A.  I only have a small circle.  Everybody else can pound

7    sand.

8    Q.  Is there only a small circle of people that you trust?

9    A.  That's it.

10   Q.  Have you found it more difficult to trust others?

11   A.  Yeah.  I don't know what their motivation is.

12   Q.  And has this also had any impact on your eyesight?

13   A.  Well, I have reading glasses now.  I don't see as well

14   as I used to, but --

15   Q.  Did you have bacterial infections after your time in

16   captivity?

17   A.  Yes, that was the first week after we were released.

18   When I was still hogtied, they would -- they'd put my food

19   on the ground.  So I would have to lap at it like a dog.

20   And when I was eating off the floor, I'd spit out, like,

21   little rocks and pieces of glass, feathers, fur, hair, and

22   I'm sure I ingested some of that stuff, to include the fact

23   that they made me consume my own feces.

24   Q.  Now, I know -- is it fair to say, Waiel, that you're a

25   very proud man in general?

1   A.  I'd like to think that I am.

2   Q.  And you're a man who feels like he did his part for his

3   country; is that also true?

4   A.  I do.

5   Q.  And, in general, you're not going to bow down for

6   anybody or anything; is that also fair to say?

7   A.  I only go before my knees before my maker.

8   Q.  All right.  For a person with that kind of psychological

9   makeup -- and I think the Court has gotten a good feel for

10  the kind of person you are -- what does -- the helplessness

11  of being in captivity in that situation, how does that wear

12  on a person like you?

13  A.  I just don't feel that I'm at 100 percent.  I don't feel

14  that I'm the guy I used to be.  I feel like a piece of me is

15  missing.  When I was at the hospital with that bacteria,

16  when I'd go to the bathroom, it wasn't -- it was snot that

17  comes out like you blew your nose.  That went on for an

18  entire week, regardless of what I ate.  I'd break out in

19  rashes.  I have no idea what it's from.  I went to the

20  doctor.  They cut a sample out of the side of me -- right

21  out of my back -- tested it.  They have no idea what it is.

22  Never had that before.  I got something over there, other

23  than the fact that it affected me psychologically and

24  emotionally.

25  Q.  Now, we are in the month of February.  And we're three

1      years from the time that you were actually in captivity; is

2      that right?  What happens to you --

3      A.  Yes, sir.

4      Q.  -- in January and February of each year?

5      A.  I pull into myself.  Normally, I would discuss it with

6      Amr and Russell, but Russell's no longer with us.  So now,

7      it's just me and Amr.

8      Q.  And what happened when you heard that Russell had passed

9      away?

10             (Brief pause.)

11     A.  I lost a part of me.  I lost a brother.

12             MR. SINGER:  Your Honor, that's all the questions

13     I have for Mr. El-Maadawy.

14             THE COURT:  All right.  Mr. El-Maadawy, I don't

15     have any questions.  You may step down.

16             THE WITNESS:  Thank you, Your Honor.

17             (Witness steps down.)

18             *  *  *  *  *  *  *  *  *  *  *  *

19             (Proceedings concluded at 5:04 p.m.)

20             **  *  *  *  *  *  *  *  *  *  *  *

21             **CERTIFICATE OF OFFICIAL COURT REPORTER**

22     **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

23     **that the above and foregoing constitutes a true and accurate**

24     **transcript of my stenographic notes and is a full, true and**

25     **complete transcript of the proceedings to the best of my**

1    ability, dated this 21st day of June 2019.

2                              /s/Timothy R. Miller, RPR, CRR, NJ-CCR
                             Official Court Reporter
3                             United States Courthouse
                             Room 6722
4                             333 Constitution Avenue, NW
                             Washington, DC 20001
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25